UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV -9 A 10: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 04-10323-RGS |
| FRANCIS P. SALEMME, | ) |
| Defendant. | ) |

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, through the undersigned attorneys, does hereby move to unseal the instant indictment. In support of this motion, the United States states that the defendant has been taken into custody and that, therefore, there is no purpose served by the continued sealing of the indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Fred M. Wyshak, Jr.
FRED M. WYSHAK, JR.
BRIAN T. KELLY
Assistant U.S. Attorneys

11/9/04 allowed, M.J.