# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### OFFICE OF THE CLERK

**ELIZABETH H. PARET**
CLERK

Walter E. Hoffman U.S. Courthouse
600 Granby Street, Room 110
Norfolk, Virginia 23510

Telephone
(757) 222-7222

COPY

November 9, 2004

Clerk, U. S. District Court
2300 United States Courthouse
One Courthouse Way
Boston, MA 02210-3002

RE: United States of America v. Francis P. Salemme
Your Docket No. 04-10323-RGS
Our Docket No. 2:04m887

Dear Sir:

Enclosed herein please find copies/certified copies of the following documents:

(X) Executed Copy of Warrant of Arrest
( ) Petition for Action on Probation and Addendum
( ) Indictment / Criminal Complaint
(X) Courtroom Minutes
( ) Financial Affidavit and Order Appointing Federal Public Defender
( ) Order Setting Conditions of Release
( ) Appearance Bond
( ) Order of Detention
(X) Commitment to Another District
(X) Waiver of Rule 5 & 5.1 Hearings
(X) Other (specify)   - Docket Sheet

   Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Sincerely,

ELIZABETH H. PARET, CLERK

By: *Glendolyn L. Whitfield*
Glendolyn L. Whitfield
Deputy Clerk

Enclosures

cc:  U. S. Attorney's Office, Norfolk, Virginia
     U. S. Attorney's Office, Boston, Massachusetts

FILED IN OPEN COURT

U.S. DISTRICT COURT
NOV   2004
RECEIVED

## NORFOLK DIVISION

Minutes of Proceedings in Open Court

Set: 11:00 a.m.
Started: 11:07 a.m.
Ended: 11:11 a.m.

Date: 11/9/04
Judge: Tommy E. Miller
Courtroom Deputy: D. Whitfield
Recorded by: FTR
U. S. Attorney: Robert J. Seidel, Jr.
Defense Counsel: _____
Retained - Court-appointed - AFPD

Case Number: 2:04m887
Defendant: Francis P. Salemme

(✓) Deft. Present in custody - ( ) not in custody
(✓) Initial Appearance - Preliminary / Detention Hearing - Early / Appointment of Counsel
( ) Interpreter present & sworn - Interpreter: _____
( ) Deft. advised of rights, charges & right to counsel
(✓) Counsel desired / waived
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel exec., ent. & filed in open Court
( ) Financial Affidavit previously exec. by deft., received & filed in open Court
( ) Deft. sworn - Financial Affidavit exec. & filed in open Court
( ) Court DIRECTED / DENIED appointment of counsel
( ) Court directed deft. to reimburse govt. at rate of _____

(✓) Deft. waives Removal / ~~Preliminary~~ hearing  (In this District only)
(✓) Deft. executed Waiver of Removal Hearing
( ) Preliminary / Removal Hearing set for _____ / held / waived
( ) Court finds probable cause - Deft. held for GRAND JURY or for removal to other District
( ) Court ordered deft. removed to other District
(✓) Govt. motion for Detention - GRANTED / ~~DENIED~~
( ) Govt. motion to withdraw motion for detention and set bond
( ) Detention Hearing scheduled for _____ at _____ before _____ USMJ
(✓) Bond / Detention Hearing held / waived
(✓) TEMPORARY DETENTION / DETENTION ORDERED (Court to prepare Order)
( ) Bond set at $ _____   Detention Hearing to be held in district of offense
( ) SPECIAL CONDITIONS OF RELEASE:   (See Page 2)
( ) BOND ORDER Setting Conditions of release exec., ent., & filed in open Court
(✓) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed & filed in open Court
( ) Defendant is directed to next appear on _____ at 9:00 a.m. for Arraignment
( ) Defendant is directed to next appear on _____ at _____ for _____
( ) Order of Temporary Detention executed, entered and filed in open Court
( ) _____
( ) _____

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME

**WARRANT FOR ARREST**

CASE NUMBER: 04-10323-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __FRANCIS P. SALEMME__
                                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Obstruction of Justice and False Statements

in violation of
Title __18__ United States Code, Section(s) __1503 and 1001(a)(2)__

Name of Issuing Officer: Lisa B. Roland
Title of Issuing Officer: Deputy Clerk
Signature of Issuing Officer: Lisa B Roland
Date and Location: 10-27-2004   Worcester, MA

RECEIVED
NOV - 9 2004
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Bail fixed at $ _____ by _____
                                      Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at TOWNPLACE SUITES 5757 CLEVELAND ST. VIRGINIA BEACH VA 23462

DATE RECEIVED: 11/9/04
DATE OF ARREST: 11/9/04
NAME AND TITLE OF ARRESTING OFFICER: Dennis M. McIlroy, SINSP. USMS
SIGNATURE OF ARRESTING OFFICER: [signature]

This form was electronically produced by Elite Federal Forms, Inc.

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

EASTERN District of VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA
v.
Francis P. Salemme

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 04-10323-RGS | 2:04m881 |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

charging a violation of 18 U.S.C. § 1503 and 1001(a)(2)

**DISTRICT OF OFFENSE**
Massachusetts

FILED IN OPEN COURT
NOV - 9 2004
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**DESCRIPTION OF CHARGES:**
Obstruction of Justice and False Statements

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel ☐ Federal Defender Organization ☐ CJA Attorney ☒ None
Interpreter Required? ☒ No ☐ Yes Language:

DISTRICT OF VIRGINIA (EASTERN/Norfolk Division)

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

Nov. 9, 2004                Tommy E. Miller
Date                        United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

3cc Mshl (@ 11:25 a.m.) 11-9-04

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Virginia_
_Norfolk Division_

FILED IN OPEN COURT
NOV - 9 2004
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

_Francis P. Salemme_
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint/Indictment)

CASE NUMBER: _2:04m887 (Norfolk)_

CHARGING DISTRICTS
CASE NUMBER: _____

I understand that charges are pending in the _____ District of _Massachusetts_

alleging violation of _18 USC 1503 + 1001(a)(2)_ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✓) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Frank P. Salemme_
Defendant

_Nov. 9, 2004_
Date

_____
Defense Counsel

```
                    U.S. District Court                          CLOSED
             Eastern District of Virginia (Norfolk)

              CRIMINAL DOCKET FOR CASE #: 04-M-887-ALL
```

USA v. Salemme                                          Filed: 11/09/04
Dkt# in other court: None

Case Assigned to: Mag Judge Tommy E. Miller

FRANCIS P. SALEMME (1)           Francis P. Salemme
    defendant                    [COR LD NTC pse]  [PRO SE]
                                 Unknown
                                 Unknown,

Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints                              Disposition

Obstruction of Justice and
False Statements










Docket as of November 9, 2004 11:22 am                     Page 1

Proceedings include all events.
2:04m 887-ALL USA v. Salemme

Francis P. Salemme                                                            CLOSED

       defendant

==============================

USA

       plaintiff

U. S. Attorneys:

   Robert Joseph Seidel, Jr.
   [COR LD NTC]
   United States Attorney's Office
   101 W Main St
   Suite 8000
   Norfolk, VA 23510
   (757) 441-6331

Proceedings include all events.
2:04m 887-ALL USA v. Salemme

                                                                                                CLOSED

| Date | # | Entry |
|---|---|---|
| 11/9/04 | -- | ARREST (Rule 5) of Francis P. Salemme (glen) [Entry date 11/09/04] |
| 11/9/04 | 1 | ARREST WARRANT Returned Executed as to Francis P. Salemme on 11/9/04 (glen) [Entry date 11/09/04] |
| 11/9/04 | -- | Initial appearance as to Francis P. Salemme before Mag Judge Tommy E. Miller held ( FTR Recorded). USA appeared through: Robert J. Seidel, Jr., AUSA. Deft. appeared w/o counsel. Counsel waived in this district. (Defendant informed of rights.) Deft. waives removal hearing in this district. Govt. motion for detention--GRANTED. Deft. elects to have detention hearing in Mass. TEMPORARY DETENTION ORDERED. Deft. remanded to custody. Court Hours: 11:00-11:11 (glen) [Entry date 11/09/04] |
| 11/9/04 | 2 | WAIVER of Rule 5  5.1  Hearings by Francis P. Salemme (glen) [Entry date 11/09/04] |
| 11/9/04 | 3 | COMMITMENT to another district as to Francis P. Salemme (signed by Mag Judge Tommy E. Miller ) (glen) [Entry date 11/09/04] |
| 11/9/04 | -- | Certified copy of complete case file and docket sheet sent to D. of Mass. (glen) [Entry date 11/09/04] |