AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANCIS SALEMME

**EXHIBIT AND WITNESS LIST**

Case Number: CR00-10366 EFH

| PRESIDING JUDGE<br>ALEXANDER | | | PLAINTIFF'S ATTORNEY<br>Brian Kelly, Frank Wyshak | | DEFENDANT'S ATTORNEY<br>Stephen Weymouth |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>11/29/04; 12/7/04 | | | COURT REPORTER<br>DIGITAL RECORDING | | COURTROOM DEPUTY<br>REX BROWN |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 11/29/04 | direct | | DANIEL DOHERTY, S/A, DEA |
| 1 | | 11/29/04 | X | X | AFFIDAVIT AS TO DANIEL DOHERTY, S/A, DEA |
| | A | 11/29/04 | X | | DEA REPORT OF INVESTIGATION |
| X | | 11/29/04 | cross | | DANIEL DOHERTY, S/A, DEA |
| X | | 12/7/04 | cross | | DANIEL DOHERTY, S/A, DEA |
| X | | 12/7/04 | redirect | | DANIEL DOHERTY, S/A, DEA |
| 2 | | 12/7/04 | X | X | Plea Agreement on Indictment (fourth Superseding) for 94cr10287 MLW |
| 3 | | 12/7/04 | X | X | Indictment (fourth Superseding) for 94cr10287 MLW |
| X | | 12/7/04 | recross | | DANIEL DOHERTY, S/A, DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages