AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANCIS P. SALEMME

**WARRANT FOR ARREST**

CASE NUMBER: 04-10323-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___FRANCIS P. SALEMME___
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Obstruction of Justice and False Statements

in violation of Title __18__ United States Code, Section(s) __1503 and 1001(a)(2)__

Lisa B. Roland                          Deputy Clerk
Name of Issuing Officer                 Title of Issuing Officer

Lisa B Roland                           10-27-2004    Worcester, MA
Signature of Issuing Officer            Date and Location

Bail fixed at $ _____ by _____
                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at TOWNPLACE SUITES 5757 CLEVELAND ST. VIRGINIA BEACH VA 23462

| DATE RECEIVED 11/9/04 | NAME AND TITLE OF ARRESTING OFFICER Dennis M. Wilcox S/Insp. USMS | SIGNATURE OF ARRESTING OFFICER Dennis M. Wilcox |
| DATE OF ARREST 11/9/04 | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: FRANCIS P. SALEMME

ALIAS:

LAST KNOWN RESIDENCE: Currently relocated in WITSEC program

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH: Boston, MA

DATE OF BIRTH (4 digit year): 00-00-1933

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5329

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: 433761F

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Drug Enforcement Agency, Boston, MA.

Massachusetts State Police, Framingham, MA