UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | CASE NO.   1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME,   ) | |
|       Defendant   ) | |

## MOTION FOR COURT ORDER TO PROVIDE COPIES OF DOCUMENTS AND INFORMATION UNDER IN ANOTHER MATTER

Now comes the defendant through counsel and requests this Court for an order permitting Attorney John Cavicchi to provide to counsel copies of documents and information in his possession that may be relevant and exculpatory in the instant proceeding. The documents and information came to the attention and possession of Attorney Cavicchi in connection with his involvement in the matter of <u>Limone, et al. v. United States, et al.</u>  This matter is pending before Judge Gertner, and Attorney Cavicchi is under Court order not to share the documents and information.

In support of this motion counsel for the defendant directs this Court's attention to the affidavit of Attorney Cavicchi attached hereto.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the Motion For Court Order was served upon Assistant United States Attorney, Brian Kelly, by mail December 14, 2004.

Stephen J. Weymouth

# DECLARATION OF JOHN EMMANUEL CAVICCHI

Pursuant to the provisions of 28 U.S.C. § 1746, I John Emmanuel Cavicchi hereby declare:

1. I am a member of the Massachusetts and Federal Bars, having been admitted to practice by the bar of the Supreme Judicial Court of Massachusetts in December 1973;

2. On about December 10, 2004, pursuant to a discovery request in the case of *Limone, et al., v. United States, et al.*, Civil Action No. 02-10890, pending before Judge Nancy Gertner, I received information which I believe is relevant, material, and exculpatory to Mr. Salemme in the current criminal charges pending against him in the United States District Court;

3. I promptly notified Stephen Weymouth, Esq., Mr. Salemme's attorney, of the existence of this evidence; however, I informed Mr. Weymouth that I would not be able to provide documentation of the existence of this evidence to him without a court order;

4. In the interest of justice, I request that the Court allow me to provide the documentation of this evidence to Mr. Weymouth.

I declare under the penalty of perjury that the forgoing is true and correct. Executed on 13 December 2004.

*John Emmanuel Cavicchi*