UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                            CRIMINAL CASE
V.                                           NO. 04-10323 RGS

FRANCIS SALEMME
      Defendant

## NOTICE
## OF STATUS CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **initial status conference** at **10:15 a.m.** on **Tuesday, January 11, 2005,** before Magistrate Judge Joyce London Alexander in Courtroom #24, on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant need not appear with counsel.

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    U.S. MAGISTRATE JUDGE

                                    By the Court:

January 6, 2004          /S/ Rex Brown
Date                          Courtroom Clerk
                              (617) 748-9238

Notice to:    Stephen Weymouth, Esq.
                  *Via electronic filing*
                  AUSA Brian Kelly, Esq.
                  *Via electronic filing*

ENCLS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

V.                                     CRIMINAL NO._____

_____

### NOTICE RE: AUTOMATIC DISCLOSURE

In accordance with Local Rule (LR) 116.1 the defendant, _____

☐   **states that no waiver will be filed and requests that the government provide automatic discovery in accordance with LR 116.1(C).**

☐   **waives the automatic disclosure of discovery material pursuant to Local Rule 116.1 (B).  Discovery will be obtained directly through the provisions of the Federal Rules of Criminal Procedure in the manner provided under Local Rule 116.3.**

If no election is made, automatic discovery will be conducted pursuant to the Local Rules.*

_____                    _____
**Date**                                                                             **Attorney for the Defendant**

*PARTIES SHALL MEET PRIOR TO THE INITIAL STATUS CONFERENCE IN ORDER TO RESPOND TO THE INQUIRIES OF THE INITIAL STATUS CONFERENCE QUESTIONAIRE.