**LAW OFFICE OF STEPHEN J. WEYMOUTH**
65a ATLANTIC AVENUE
BOSTON, MA 02110
617-573-9598
Fax 617-367-1407

December 29, 2004

Rex Brown
Courtroom Clerk
Judge Alexander
United States District Court
1 Courthouse Way
Boston, MA  02210

Re:  UNITED STATES v. FRANCIS P. SALEMME
     NO. 04-10323-RSG

Dear Rex:

    Please note that I hereby withdraw the <u>Motion For Court Order</u> filed with the Court on December 20, 2004 and the <u>Motion To Dismiss</u> filed with the Court on December 27, 2004.

    Thank you for your cooperation and assistance.

                                    Very truly yours,

                                    Stephen J. Weymouth