UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
)
FRANCIS P. SALEMME ) CR. NO. 04-10323-RGS
)

### JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time periods:

1. The time period from January 11, 2005 through and including March 15, 2005, which is the time period requested by the parties between the initial status conference and the next scheduled interim status conference and is the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

2. The time period from November 10, 2004 through and including December 28, 2004, which is the time period between the filing of the government's motion for detention and the Court's order regarding detention. 18 U.S.C. §3161(h)(1)(F).

3. The time period from November 16, 2004 through and including December 14, 2004, which is the 28 day time period after arraignment wherein the parties were developing their

discovery plans and producing discovery.  Local Rule 112.2
(A)(2).

4. The time period from December 14, 2004 through and including January 11, 2005, which is the time period after automatic discovery was produced to the defendant and is the time period needed by the defendant to analyze discovery issues and to adequately prepare this case for trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: January 11, 2005        By: /s/ BTK
                                   Brian T. Kelly
                                   Fred M. Wyshak, Jr.
                                   Assistant U.S. Attorneys


Dated: January 11, 2005        By: /s/ BTK for SJW
                                   Stephen J. Weymouth, Esq.
                                   Counsel for Defendant Salemme