UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -8 P 2: 13

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.  1:04-CR-10323-RGS |
| ) | DISTRICT OF MASS. |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |

## MOTION FOR ACCESS TO DOCUMENTS PRODUCED IN CIVIL ACTION NO. 02-10890-NG

Now comes counsel for Francis P. Salemme and respectfully requests this Court to allow him access to some of the documents produced in a civil matter presently pending before Judge Gertner (Docket No.: 02-10890-NG). On November 17, 2004, Judge Gertner entered a protective order excluding access to documents produced during the discovery phase of the matter by anyone other than people listed in the categories set forth in the protective order. Counsel for Mr. Salemme is not included in any of these categories.

In support of this motion counsel for Francis Salemme states that one of the attorneys involved in 02-10890-NG contacted him to state that some of the documents he had received may be exculpatory to the defendant in the instant proceeding. The attorney, of course, has not shared copies of the documents with counsel for Mr. Salemme because of the protective order. Counsel for Mr. Salemme is requesting that he be included in one of the categories listed in the protective order so he may review those documents, if any, that are or may be exculpatory to the defendant in the case at bar.

Counsel for Francis Salemme would of course become subject to the protective order set forth by Judge Gertner. Counsel for Mr. Salemme is only interested in reviewing any document that may be helpful to his defense of Francis Salemme.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail February 8, 2005.

Stephen J. Weymouth