UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -9 P 12: 02

U.S. DISTRICT COURT
DIST. OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
      Defendant )
)

## MOTION FOR ORDER REQURING OEO AND THE BUREAU OF PRISONS TO PROVIDE IMMEDIATE MEDICAL TREATMENT TO THE DEFENDANT

Now comes counsel for Francis P. Salemme and respectfully requests this Court to order the Office of Enforcement Operations (OEO) and the Bureau of Prisons to provide immediate medical treatment to Francis Salemme.

In support of this motion counsel for Francis Salemme states that the instant allegations against Mr. Salemme concern activity that took place on or about November 2, 1999.  The grand jury returned the instant indictment on or about October 27, 2004.  Mr. Salemme, on October 27, 2004, was in the Witness Security Program ("WitSec") and had been since his discharge from federal prison in March of 2003.  Mr. Salemme was arrested in connection with this matter on or about November 9, 2004.  He was arrested in the community to which he had been assigned by the WitSec.  As a result of the indictment Mr. Salemme was terminated from WitSec even though the allegations did not involve criminal activity occurring after his placement in WitSec in March of 2003.  Mr. Salemme is eligible for reinstatement in WitSec.  However, Mr. Salemme's sponsor, a government official, will not write the letter necessary to commence the process of reinstating Mr. Salemme to the WitSec program.  Mr. Salemme is being detained in this matter.

During most of the period of present incarceration, Mr. Salemme has been held under severe and unconstitutional conditions that include being locked in his cell 24 hours a day, seven days a week. He is being held in a facility quite some distance from this district making it difficult to meet with counsel. He has not been permitted phone calls to his family, and he has only been permitted a few phone calls to his attorney.

However, the most immediate concern is the medical well being of Mr. Salemme. While he was a civilian in the WitSec program government doctors discovered medical problems that needed immediate attention. This information was in the possession of the government before Mr. Salemme was arrested. The government has had custody of Mr. Salemme for 93 days and has not provided Mr. Salemme with either the needed medical attention or any medical attention. Counsel brought this information to the Office of Enforcement Operations in mid January. Mr. Salemme has still not received the required medical treatment.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail and upon OEO by fax on February 9, 2005

Stephen J. Weymouth