UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 14 P 3:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME | ) | CR. NO. 04-10323-RGS |
| | ) | |

**GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT'S MOTION FOR ACCESS TO DOCUMENTS IN TWO OTHER CASES**

Through counsel, defendant Francis Salemme has requested access to sealed documents in two other cases. For the reasons set forth below, the government does not oppose these requests provided an appropriate order is also obtained from the U.S. District Court Judges assigned to those cases.

The first case is a civil matter assigned to the Honorable Nancy Gertner - Civil Action No. 02-10890-NG. Defense counsel has advised that he is seeking access to approximately six or seven documents which another attorney has suggested may be helpful to defendant Salemme's defense in the above captioned case. Moreover, defense counsel has advised that he will provide government counsel with copies of whatever documents he obtains in Civil Action No. 02-10890-NG. Accordingly, the government does not oppose this request provided that an appropriate order is also obtained from Judge Gertner.

The second case is a criminal matter assigned to the Honorable Mark L. Wolf - Criminal Action No. 94-10287-MLW.

Defense counsel has advised that he is seeking access to certain transcripts and perhaps several documents which are currently in the possession of defendant Salemme's former attorney, Anthony Cardinale, Esq., and which defendant Salemme believes may be helpful to his defense in the above captioned case. Defense counsel has advised that he will provide government counsel with a specific list of whatever documents or transcripts he obtains from attorney Cardinale relating to Criminal Action No. 94-10287-MLW. Accordingly, the government does not oppose this request provided that an appropriate order is also obtained from Judge Wolf.

                                                Respectfully submitted,

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

                              By:

DATED: February 14, 2005          /s/ FRED M. WYSHAK, JR.
                                          BRIAN T. KELLY
                                          Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            February 14, 2005

    I, BRIAN T. KELLY, Assistant U.S. Attorney, do hereby certify that I have caused a copy of the foregoing to be served by U.S. mail to defense counsel of record in this case.

                                              /s/ BRIAN T. KELLY
                                              Assistant U.S. Attorney