FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 15  A 8: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME | ) | CR. NO. 04-10323-RGS |
| | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR MEDICAL TREATMENT**

On February 9, 2005, defendant Francis Salemme (through counsel) filed a motion requesting "immediate medical treatment" for some unspecified problem. The government opposes this request and would respectfully urge the Court not to enter an order mandating the Bureau of Prisons ("BOP") to provide any specific medical services.

Defendant Salemme was moved to a new prison facility on February 10, 2005. Government counsel has been advised by BOP's Chief of Witness Security, Michael Egan, that defendant Salemme will be promptly evaluated and/or treated at this new facility by trained medical staff. Accordingly, the government respectfully submits that defendant's request should be denied as moot.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

DATED: February 15, 2005

_____
FRED M. WYSHAK, JR.
BRIAN T. KELLY
Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

Suffolk,  ss.                          Boston, Massachusetts
                                       February 15, 2005

     I, BRIAN T. KELLY, Assistant U.S. Attorney, do hereby
certify that I have caused a copy of the foregoing to be served
by U.S. mail to defense counsel of record in this case.


                                   _____
                                   BRIAN T. KELLY
                                   Assistant U.S. Attorney


                              2