UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
Defendant )
)

## MOTION FOR ACCESS TO DOCUMENTS PRODUCED IN CRIMINAL ACTION NO. 94-CR-10287-MLW

Now comes counsel for Francis P. Salemme and respectfully requests this Court to allow him access to the documents that were produced in the of United States v. Francis P. Salemme (Docket No.: 94-CR-10287-MLW). Present counsel for Mr. Salemme has been told that Judge Wolf entered a protective order as to the documents produced by the government and other entities during the discovery phase of that proceeding. The protective order may still be in effect. Counsel for Mr. Salemme request permission of the Court to obtain and review these documents.

In support of this motion counsel for Francis Salemme states that Mr. Salemme's previous attorney has a substantial number of documents he received during his representation of Mr. Salemme. Present counsel wants to review those documents to determine whether they may be exculpatory as to Mr. Salemme in the present proceedings. The previous attorney, of course, has not shared copies of the documents with counsel for Mr. Salemme because of the protective order. Counsel for Mr. Salemme is requesting that he be allowed to review those documents, if any, that are or may be exculpatory to the defendant in the case at bar.

Counsel for Francis Salemme would of course become subject to the protective order set forth by Judge Wolf. Counsel for Mr. Salemme is only interested in reviewing any document that may be helpful to his defense of Francis Salemme.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail February 8, 2005.

Stephen J. Weymouth