UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA )
)
v. )  CASE NO.  1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
Defendant )
)

## MOTION FOR PERMISSION TO BILL ON AN INTERIM BASIS AND FOR COURT AUTHORIZATUION TO INCUR EXPENSES

Now comes counsel for Francis P. Salemme and states that he has been appointed to represent Mr. Salemme pursuant to CJA. Counsel is requesting the permission of this Court to bill for his legal and other services on an interim basis. Counsel is seeking permission to bill for legal and other services rendered from November 16, 2004 (date of appointment) up to and including February 28, 2005. Thereafter, counsel would bill on a monthly basis.

Counsel is also seeking permission of this Court to incur and to be reimbursed for miscellaneous costs expended in connection with this matter. It is anticipated that there will be substantial copying costs incurred in this matter. A copy of a receipt for copies incurred thus far is attached hereto. In addition there may be travel expenses necessitated by the fact that Mr. Salemme is being held quite some distance form this district.

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail February 18, 2005.

Stephen J. Weymouth

# Expert Copy Inc D.B.A Harborside Copy

## Invoice

338 Commercial St
Boston, MA 02109

617-367-4345        617-367-2747 fax

| Date | Invoice # |
|---|---|
| 2/11/2005 | 13573 |

| Bill To | Ordered By : |
|---|---|
| Stephen Weymouth<br>65a Atlantic Avenue<br>Boston, MA 02110 | Stephen |

| P.O. No. / Refere... | Terms | Due Date | Project Number |
|---|---|---|---|
| Salemmi | Net 15 | 2/26/2005 | 16331 |

| Description | # of Orig | # of Copies | Amount |
|---|---|---|---|
| 20# White 8.5 x 11 Straight Copy | 1001 | 2 | 140.14T |
| Velo Bound - Clear Front / Black Back - Small | | 6 | 27.00T |
| Velo Bound - Clear Front / Black Back - Medium | | 4 | 24.00T |
| Unbind / Rebind Original | | 5 | 10.00T |

PLEASE MAKE CHECKS PAYABLE TO EITHER EXPERT COPY INC, OR HARBORSIDE COPY. PLEASE DO NOT MAKE CHECKS PAYABLE TO HARBORSIDE COPY INC. THANK YOU!

| | |
|---|---|
| **Subtotal** | $201.14 |
| **Sales Tax (5.0%)** | $10.06 |
| **Total** | $211.20 |