UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
Defendant )

## DEFENDANT'S RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR IMMEDIATE MEDICAL TREATMENT

On or about February 9, 2005, counsel for Francis P. Salemme filed a motion requesting this Court to order the Office of Enforcement Operations (OEO) and the Bureau of Prisons to provide immediate medical treatment to Francis Salemme. The government filed its response on February 15, 2005.

Counsel states that quite some time ago he brought his concerns about the lack of medical treatment to the AUSA off the record. I explained that sometime in the fall of 2004 government doctors took an X ray of Mr. Salemme. The films revealed potential serious problems with the health of Mr. Salemme. It was strongly suggested in the fall of 2004 that additional and sophisticated medical tests be administered to determine the nature of the medical problems. To this date no such additional and sophisticated tests have been administered.

Counsel states that as of this date Mr. Salemme has not been afforded any follow-up medical tests to determine the nature of the medical problem, if any. As counsel informed the AUSA the X ray results may not indicate any medical problems. However, the government has a legal and moral obligation to administer those additional tests to determine what if anything is wrong with Mr. Salemme.

While it is true that there may not be anything medically wrong with Francis Salemme, there may be something seriously wrong with him. Until that determination is made no one knows the answer. However, there is one thing everyone should agree upon this issue is certainly not moot.

WHEREFORE, counsel for Francis Salemme asks this court to order the Bureau of Prisons and OEO to make immediate arrangements for the administration of an MRI, an enhanced CAT scan and/or any other medical tests necessary to determine the present nature of Mr. Salemme's medical condition.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing response was served upon Assistant United States Attorney, Brian Kelly, by mail and upon OEO by fax on February 22, 2005

Stephen J. Weymouth