UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |

## MOTION FOR COURT ORDER

Now comes counsel for Francis P. Salemme and respectfully requests this Court, pursuant to paragraph number 3 of the Court's Order on Detention dated December 28, 2004, for an Order to be issued to "…[t]he person in charge of the corrections facility in which the Defendant is confined to deliver the Defendant to an authorized Deputy United States Marshall for the purpose of ….." permitting Mr. Salemme to attend the hearing that is scheduled in this matter before this Court on March 15, 2005 at 2:00 p. m. The hearing is one of critical importance to Mr. Salemme, and he is entitled to be present.

Counsel for Francis P. Salemme also respectfully requests this Court, pursuant to paragraph number 2 of the Court's Order on Detention dated December 28, 2004, for a reasonable opportunity to consult privately with Mr. Salemme in this District and in this Courthouse. It is requested that this Court order Mr. Salemme be delivered to the Courthouse on the afternoon of March 14, 2005, and order that Mr. Salemme be permitted to consult with his attorney in the Courthouse. Counsel for Mr. Salemme further requests that he be permitted to meet with his client in this Courthouse at the conclusion of the hearing on March 15, 2005 before Mr. Salemme is returned to the facility where he is being confined.

Counsel states that Mr. Salemme is being held quite some distance form this District. Consultation, private or otherwise, has been exceedingly difficult. The period of March 14-15, 2005 presents an ideal opportunity for private consultation between Mr. Salemme and his attorney.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail March 9, 2005.

Stephen J. Weymouth