UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10323 RGS

FRANCIS SALEMME
      Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On January 11, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery is anticipated;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: November 16, 2004, through December 14, 2004 (28 days) and December 4, 2004, through January 11, 2005 (27 days), for a total of fifty-five (55) days as of January 11, 2005. The Parties made oral motion to exclude all time since arraignment and continue the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of January 11, 2005;

6. Trial is anticipated. The duration of the trial is five (5) days;

7. There are no other matters.

      IT IS HEREBY ORDERED THAT

     A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. An **Interim Status Conference** is scheduled at **2:00 p.m.** on **March 15, 2005,** in Courtroom 24, 7th floor.

                                              HONORABLE JOYCE LONDON ALEXANDER
                                              U.S. MAGISTRATE JUDGE

                                              By the Court:

<u>March 15, 2005</u>                    <u>/S/ Rex Brown           </u>
Date                                   Courtroom Clerk
                                      (617) 748-9238