FILED IN CLERKS OFFICE
2005 MAR 18 P 2:12
U.S. DISTRICT COURT DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
)
FRANCIS P. SALEMME ) CR. NO. 04-10323-RGS
)

**JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time periods:

1. The time period from January 11, 2005 through and including March 15, 2005, which was the time period requested by the parties between the initial status conference and the next scheduled interim status conference and was the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

2. The time period from March 15, 2005 through and including March 28, 2005, which is the time period between interim status conferences and is the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

3. The time period from December 14, 2004 through and

including March 28, 2005, which is the time period after automatic discovery was produced to the defendant and is the time period needed by the defendant to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: March 18, 2005

By: [signature]
Brian T. Kelly
Fred M. Wyshak, Jr.
Assistant U.S. Attorneys

Dated: March 18, 2005

By: BK for SJW
Stephen J. Weymouth, Esq.
Counsel for Defendant Salemme