LAW OFFICE OF STEPHEN J. WEYMOUTH
65a ATLANTIC AVENUE
BOSTON, MA 02110
617-573-9598
Fax 617-367-1407

March 17, 2005

Maryellen Molloy
Courtroom Clerk
Judge Gertner
United States District Court
1 Courthouse Way
Boston, MA 02210

Re: UNITED STATES v. FRANCIS P. SALEMME
    NO. 04-10323-RSG

Dear Maryellen:

   I hereby agree to be subject to any and all reasonable protective orders in connection with the production of certain documents that have been produced in Docket Number 02-10890.

   Thank you for your cooperation and assistance.

                                    Very truly yours,

                                    Stephen J. Weymouth