UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.    1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |
| ) | |

## MOTION TO CONTINUE

Now comes counsel for Francis P. Salemme and respectfully requests this Court to continue the status date in this matter presently scheduled for March 28, 2005.

In support counsel states that he has been on trial since March 21, 2005 before Judge Lasker. The trial will continue on March 28, 2005. Counsel has not had time to complete the entire discovery request.

Counsel also states that he needs additional time to consult with his client before filing certain discovery motions.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail March 26, 2005.

Stephen J. Weymouth