UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2005 MAR 29  A 9: 03

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO.   1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME,   ) | |
| Defendant   ) | |

## MOTION FOR DISCOVERY

Now comes the defendant through counsel and requests this Court to order the government to provide to him the following materials:

1. The entire 146 page document summary of the debriefing conducted of Stephen J. Flemmi by Stephen P. Johnson, Special Agent Daniel Doherty and/or other government officials in the later part of 2003.

2. Information concerning whether Steven DiSarro was a government informant during the period of time from 1992 through 1993.

3. Information concerning whether Steven DiSarro was a cooperating witness during the period of time from 1992 through 1993.

4. Information concerning the nature of the investigation of Steven DiSarro during the period of time from 1992 through 1994.

5. The names of all other targets of the investigation of Steven DiSarro during the period of time from 1992 through 1994.

6. Information concerning whether some of the targets of the DiSarro investigation during this period were Nicky Bianco and Kenneth Guarino.

7. All 209s and all other law enforcement reports during the period of time from 1988-1993 linking Bianco and Steven DiSarro.

8. All physical surveillance reports prepared by law enforcement officials during the period of time from 1988-1993 linking Bianco and Steven DiSarro.

9. All wiretap information and reports prepared by law enforcement officials during the period of time from 1988-1993 linking Bianco and Steven DiSarro.

10. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, concerning information received from Stephen Flemmi concerning Steven DiSarro and Frank Salemme during the period of time from May 1-12, 1993.

11. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, concerning information received from James Bulger concerning Steven DiSarro and Frank Salemme during the period of time from May 1-12, 1993.

12. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, concerning information received from any source concerning Steven DiSarro and Frank Salemme During the period of time from May 1-12, 1993.

13. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

14. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

15. Any and all information received from Thomas Hilary in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

16. Any and all information received from Kevin Weeks in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

17. Any and all information received from William St. Croix in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

18. Any and all information received from Kenneth Guarino in connection with any information received from any source concerning alleged events that

occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

19. Any and all information received from Roland Wheeler in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

20. Any and all information received from Robert DeLuca in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

21. Any and all information received from Robert Franchi in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

22. Any and all information received from Pasquale Galea in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

23. Any and all information received from Stephen Flemmi at any time given to any and all civilians and/or law enforcement officials, including but not limited to FBI agents Buckley and/or Gianturco, concerning events that allegedly occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro. This request is in addition to and does not include information given by Flemmi in or about October of 2003.

24. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Stephen Flemmi from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Stephen Flemmi during this period.

25. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of James Bulger from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of James Bulger during this period.

26. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Jackie Salemme from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Jackie Salemme during this period.

27. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Frank Salemme from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Frank Salemme during this period.

28. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Paul Weadick from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Paul Weadick during this period.

29. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Francis Salemme, Jr. from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Francis Salemme, Jr. during this period.

30. Any and all physical surveillance reports made concerning the physical surveillance conducted by law enforcement officials of Steven DiSarro from May 1, 1993-May 31, 1993. This request includes the production of any photographs taken of Steven DiSarro during this period.

31. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, in connection with information received from Stephen Flemmi concerning Frank Salemme during the month of May, 1993.

32. All informant files maintained by any law enforcement officials for the year 1993 concerning Stephen Flemmi.

33. All informant files maintained by any law enforcement officials for the year 1993 concerning James Bulger.

34. Any and all 209s and other law enforcement reports prepared by any law enforcement agency, including the FBI and Unit # 5 of the FBI, in connection with any information received from any source concerning the fact that the body of Steven DiSarro is at the bottom of Boston Harbor in pieces.

35. Any and all information received from Roger Veller in connection with any information received from any source concerning alleged events that occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

36. Any and all information received from Roger Veller in connection with the murder of Ron Turchie.

37. Any and all information received from Roger Veller in connection with George Borgese.

38. A copy of all incident reports received by Roger Veller while he has been incarcerated by the Federal Bureau of Prisons.

39. A copy of and access to all tape recordings of the telephone calls made between September, 2002 and November, 2002 on the Institution Telephone System (I. T. S.) at Fairton, New Jersey by Roger Veller while he has been incarcerated at that facility.

40. Any and all information received from Roger Veller in connection with Joey Merlino.

41. A copy of any and all proffer statements made by Roger Veller in connection with any and all plea agreements and/or cooperation agreements, specifically requesting the proffer statement involving Ron Turchie and George Borgese, but not limited to that proffer statement.

42. Any and all information received from Stephen Flemmi at any time given to any and all civilians and/or law enforcement officials, including but not limited to FBI agents Buckley and/or Gianturco, concerning and involving Steven DiSarro during the year 1993. This request is in addition to and does not include information given by Flemmi in or about October of 2003.

43. Any and all information received, during the period of time from May 10, 1993 up to and including May 20, 1993, from any confidential source, i. e. confidential informant, cooperating witness, other law enforcement agencies, etc., given to any and all civilians and/or law enforcement officials including, but not limited to, FBI agents Buckley and/or Gianturrco concerning events that allegedly occurred in any part of the inside or outside of a home in Sharon, Massachusetts on or about May 10, 1993 involving Steven DiSarro.

FRANCIS P. SALEMME

Stephen J. Weymouth
[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the Motion for Discovery was served upon Assistant United States Attorney, Brian Kelly, by hand March 28, 2005.

Stephen J. Weymouth