UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

)
UNITED STATES OF AMERICA )
)
v. )  CASE NO.   1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
      Defendant )
)

## MOTION FOR LEAVE OF COURT TO INCUR TRANSCRIPT EXPENSE

Now comes the attorney for Francis P. Salemme and states the following. Counsel has learned that a deposition was taken of Stephen Flemmi, the main witness against the defendant, in one of the civil lawsuits presently pending in the United States District Court for the District of Massachusetts. This deposition was taken sometime during the week of May 2, 2005 in New York.

Counsel is seeking to obtain a copy of the transcript of the deposition. It is more than reasonable to assume that the transcript of the deposition may contain exculpatory evidence. Counsel also states that the transcript may be used to impeach the credibility of the witness during the trial of the defendant.

The cost of the transcript is $1,350.00. Counsel has been appointed to represent Mr. Salemme. Counsel is requesting permission of this Court to expend the sum of $1,350.00 for the cost of this transcript. Counsel is also requesting permission to obtain reimbursement of $1,350.00 as an expense.

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail May 8, 2005.

Stephen J. Weymouth