UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
)
FRANCIS P. SALEMME ) CR. NO. 04-10323-RGS
)

**JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time periods:

1. The time period from March 28, 2005 through and including April 28, 2005, which was the time period requested by the parties between an interim status conference and the next scheduled interim status conference and was the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

2. The time period from April 28, 2005 through and including May 17, 2005, which is the time period between an interim status conferences and the final status conference and is the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

3. The time period from May 17, 2005 through and including May 27, 2005, which is the time period between the final status conference and the filing of pretrial motions and is the time period needed by the defendant to analyze the discovery produced to date and to prepare to file pretrial motions. 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: May 10, 2005          By: /s/ Brian T. Kelly
                             Brian T. Kelly
                             Fred M. Wyshak, Jr.
                             Assistant U.S. Attorneys

Dated: May 10, 2005          By: /s/ Stephen J. Weymouth
                             Stephen J. Weymouth, Esq.
                             Counsel for Defendant Salemme