UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.   1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |

### MOTION FOR ACCESS TO DOCUMENTS PRODUCED IN CRIMINAL ACTION NO. 94-CR-10287-MLW

Now comes counsel for Francis P. Salemme and respectfully requests this Court to allow his associate, Steven Boozang, BBO # 659216, access to the documents that were produced in the of United States v. Francis P. Salemme (Docket No.: 94-CR-10287-MLW). Counsel for Mr. Salemme filed a similar motion that was allowed by this Court subject to the concurrence of Judge Wolf on February 23, 2005. Judge Wolf has since concurred.

Counsel has hired Mr. Boozang to work for him. Mr. Boozang will need to review the documents produced by the government and other entities during the discovery phase of the proceeding before Judge Wolf. Counsel for Mr. Salemme requests permission of the Court for Mr. Boozang to review these documents.

Mr. Boozang would of course become subject to the protective order set forth by Judge Wolf. Mr. Boozang is only interested in reviewing any document that may be helpful to his defense of Francis Salemme.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by hand on May 10, 2005.

Stephen J. Weymouth