UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO.  1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
Defendant )
)

## MOTION TO TAKE DEPOSITION OF PROSPECTIVE WITNESS

Now comes counsel for Francis P. Salemme and respectfully requests this Court, pursuant to Rule 15 (a) (1) of the Federal Rules of Criminal Procedure, to permit him to take the deposition of one, Stephen Flemmi, a prospective witness in this matter, in order to preserve testimony for trial. This request is made because of the exceptional circumstances in this matter and because the request is in the interests of justice.

Counsel states that in addition to being a homicidal sociopath, Stephen Flemmi is an admitted perjurer who has as little interest in telling the truth in the present as he did in protecting and respecting human life in the past. His testimony has changed on many occasions and counsel expects that it will change again. A deposition will memorialize yet another version of the truth from Stephen Flemmi.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by hand on May 17, 2005.

Stephen J. Weymouth