UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANCIS P. SALEMME, )<br>Defendant ) | CASE NO.   1:04-CR-10323-RGS |

## MOTION FOR COURT ORDER

Now comes counsel for Francis P. Salemme and respectfully requests this Court, pursuant to paragraph number 2 of the Court's Order on Detention dated December 28, 2004, to provide a reasonable opportunity to consult privately with Mr. Salemme in this District and in this Courthouse. To that end it is requested that this Court order Mr. Salemme be delivered to the United States District Courthouse in Boston, Massachusetts, on two consecutive days in a week, the days to be agreed by the parties, every other week so he may be permitted to consult with his attorney.

Counsel states that Mr. Salemme is being held quite some distance form this District. Consultation, private or otherwise, has been exceedingly difficult. The requested arrangement presents ideal opportunities for private consultation between Mr. Salemme and his attorney.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by hand on May 17, 2005.

Stephen J. Weymouth