UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 1:04-CR-10323-RGS
)
FRANCIS P. SALEMME, )
Defendant )

## MOTION FOR REVOCATION OR AMENDMENT OF ORDER ON DETENTION

Now comes counsel for Francis P. Salemme and pursuant to 18 U. S. C., section 3145 (b), respectfully requests this Court to review the Order On Detention entered on December 28, 2004 by United States Magistrate Judge Joyce London Alexander.

FRANCIS P. SALEMME

[s] Stephen J. Weymouth
BBO # 523680
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by hand on May 17, 2005.

Stephen J. Weymouth