UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME | ) | CR. NO. 04-10323-RGS |
| | ) | |

**JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time periods:

1.  The time period from May 17, 2005 through and including June 30, 2005, which is the time period requested by the parties between the last status conference and the final status conference and is the time period needed by the parties to analyze discovery issues and to adequately prepare this case for trial and is in the interests of justice.  18 U.S.C. § 3161(h)(8)(A).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: May 25, 2005                By: /s/ Brian T. Kelly
                                            Brian T. Kelly
                                            Fred M. Wyshak, Jr.
                                            Assistant U.S. Attorneys

Dated: May 25, 2005                By: /s/ Brian T. Kelly  for
                                            Stephen J. Weymouth, Esq.
                                            Counsel for Defendant Salemme