UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                      )<br>)<br>FRANCIS P. SALEMME        ) | CR. NO. 04-10323-RGS |

**<u>GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO TAKE DEPOSITION</u>**

On May 17, 2005, defendant Francis Salemme (through counsel) filed a motion requesting permission to take the deposition of a prospective government witness in this case, Stephen Flemmi. The government opposes this request and respectfully urges the Court to deny the motion.

Defendant Salemme has not cited any case law in support of his motion for a deposition nor has he specified any life threatening medical circumstances involving Flemmi that might constitute "exceptional circumstances" justifying a pretrial deposition pursuant to Fed.R.Crim.P. 15. Instead, Salemme simply asserts that there are exceptional circumstances in this case, characterizes Flemmi as a "homicidal sociopath", and expresses a belief that Flemmi will provide "yet another version of the truth" if deposed. This is not a legal basis for granting a pretrial deposition of a government witness.

The First Circuit has ruled that "[t]he decision to grant or deny a motion to take the deposition of a proposed witness for use at a criminal trial is committed to the discretion of the

district court.  We have held that this discretion is **not** broad, and should be exercised carefully." <u>United States v. Keithan</u>, 751 F.2d 9, 12 (1st Cir. 1984)(emphasis added).  An example of an exceptional circumstance justifying a pretrial deposition - which is **not** present or even alleged in the instant case - is a serious physical infirmity which prevents a witness from traveling to the courthouse.  <u>Id</u>.

    Accordingly, defendant Salemme's motion to take the deposition of Stephen Flemmi should be denied.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

DATED: May 26, 2005        By:  <u>/s/ Brian T. Kelly</u>
                                FRED M. WYSHAK, JR.
                                BRIAN T. KELLY
                                Assistant U.S. Attorneys