1  Judge Wolf. He cannot be trusted to obey this Court's order
2  that he reappear. The defendant is criminally charged with
3  lying about his knowledge involving in murder, the murder of
4  Stephen DiSarro. Now, the defense counsel strongly attacked
5  one of the government's witnesses, as well he might, Stephen
6  Flemmi. But as, if the Court looks at the indictment, that's
7  now all this case depends upon. There are several different
8  lies, one of which has nothing to do with Mr.--
9          THE COURT: Several different? I'm sorry.
10         MR. KELLY: -- several different lies charged in the
11 indictment. If the Court considers the weight of the evidence,
12 the government has alternative ways of proving this charge. For
13 instance, as set forth in the indictment, Mr. Salemme gave us a
14 false or a phony story and blamed the murder on a man named
15 Nicky Bianco. The government has in fact, the Court heard in
16 the previous day's testimony, a way to prove those, that story
17 false. We, we interviewed witnesses who said no, this story is
18 not true. So even if a jury, ultimately goes to trial, doesn't
19 believe Flemmi because of Flemmi's baggage, the government has
20 a very strong case on the second half of the lie; that is, the
21 phony story he gave us. So the government thinks its case is a
22 very strong one. We think we'll prevail at trial, and we think
23 all things considered in this case, what should in fact detain
24 him pending trial.
25         THE COURT: Counsel.

1    MR. WEYMOUTH: Thank you, your Honor. The basis of
2  the argument that Mr. Salemme is a risk of flight in 2004 stems
3  from basically two things; the fact that in 1968, after being
4  indicted by Middlesex County grand jury,
5  Mr. Salemme fled the jurisdiction where he was on the run for
6  three or four years, 1970 to 1973. The second basis for the
7  risk of flight is the flight of Mr. Salemme in 1995 when he was
8  indicted by federal grand jury and he was arrested in Florida
9  in August of 1995. Since that arrest in August of '95, he's
10 been in the custody of the United States Bureau of Prisons
11 until March of '03. He litigated his case before Judge Wolf.
12 He ended up cooperating with the government and he ended up
13 changing his plea to the first superceding indictment,
14 Government Exhibit No. 3. After his sentence was served in
15 March of '03, because of his cooperation, he was voluntarily
16 entered into the Witness Security Program. In fact, he
17 participated in the Witness Security Program and he was
18 assigned to an area of the country, and during the assignment
19 to that particular area of the county, he was in total
20 compliance with the terms and conditions and in fact the
21 Witness Security Program requires that there be terms and
22 conditions, contact with a marshal. A particular marshal is
23 assigned and the marshal is there to help the individual adjust
24 and the individual reports to the marshals. So during that
25 period of time when he was first in an area until he left to

1 return to Boston voluntarily and with permission, he was
2 within the juris-, sort of the metaphysical, if you will,
3 jurisdiction of the marshals--
4     THE COURT: Wait, you say, you said he left? Are you
5 saying he left, when you say voluntarily, he left in the
6 Witness Program or he left the program itself?
7     MR. WEYMOUTH: He left the program itself. He went
8 in from prison into the program. After several months in the
9 program, he decided he wanted to come to back to Massachusetts.
10 He went to his handler. He can just run back to Massachusetts
11 with permission and voluntarily leave the program. After a
12 couple of months in Massachusetts, it was impressed upon
13 Mr. Salemme that he should return to the program and with the
14 assistance of Judge Wolf and more specifically his sponsor,
15 Mr. Salemme was allowed to voluntarily return to the program.
16 He was assigned to yet another area of the country and he was
17 at that location when he was arrested in connection with this
18 indictment. During the two periods of time that he was in the
19 program, and during the period of time that he was in
20 Massachusetts voluntarily terminated or voluntarily removed
21 from the program, he was in complete compliance with the
22 program's requirements, and as part of his punishment, he was
23 ordered to a three year period of special release. My
24 understanding was he was reporting to probation, not in this
25 building but in some other building, while he was living in the

1  Boston area, in total compliance. So there's no evidence that
2  most recently when in fact information would have been helpful
3  to this Court to show that he's still a risk of flight, but
4  during that period of time from March of '03 until the present,
5  the government knew where he was. Probation knew where he was.
6  He wasn't committing any new offenses, and he wasn't hiding out
7  associating with his old colleagues, associating with his old
8  cohorts, or anything of the like. He kept his promise to stay
9  away from crime, and to stay away from the LCN, and he's done
10 that since his release from prison in March of '03. So, yes,
11 in the past there were incidents when this man fled. No
12 question about it. It's admitted. It's a given. But
13 recently, people can change. And in the recent period of time,
14 the recent past and the present, there's no evidence whatsoever
15 that Frank Salemme is going to run. Part of that, the
16 collateral side to that, this idea that at
17 Seventy-one years old, looking at ten years in prison is a life
18 sentence, yes, here's a man who's not in good physical shape,
19 and in fact, he was under the care of a doctor while he was in
20 the program. He earned, he injured his knee for example. The
21 doctors for the program who surgically repaired his knee did a
22 lousy job. It had to be done again. He's got problems with
23 his lungs. He's just too old to be on the run. He has
24 alienated himself from all of his former cohorts. They know he
25 is a rat. They know he's been cooperating. There's no one

1   there to help him.  He doesn't have any money put aside.

2   Heck, he has me as a court-appointed attorney.  If he had lots

3   of money, Judge, he wouldn't have hired me.  He has no assets.

4   He has no real estate, and yes, his brother, Jackie Salemme,

5   he's not under indictment.  As far as I know, he's not under

6   investigation.  He lives by himself down on the Cape.  He has

7   no assets with which to help Mr. Salemme.  Mr. Salemme doesn't

8   intend to go anywhere, and by virtue of the fact that he can be

9   in compliance and has been in compliance since March of '03

10  with not only probation but with the fed, with the Witness

11  Security Program, clearly indicates, unlike 1968 and unlike

12  1995, that Mr. Salemme is done running.  His life is coming to

13  an end, and he wants to face his accusers, mainly, Stevie

14  Salemme, in this court, and wants to be if, not detained while

15  that's happening so he can help prepare his case.  He doesn't

16  have the money and the wherewithal and the friends to help him

17  run like he had in the past.  And because he has a track record

18  of being in compliance more recently than the past, and because

19  of his medical condition and because of his advanced aged, I

20  think, quite frankly, Judge, that there are terms and

21  conditions that we can, that this Court could construct that

22  would result in Mr. Salemme being available and being here for

23  each and every court appearance that he needs to be here during

24  the pendancy of this case, and that's what I mentioned to you

25  at sidebar with a very brief discussion with pretrial.  I'd

like to submit some suggested programs, a program for the Court to consider as opposed to just releasing him out into the community without any sort of structure in place. For example, he, believe it or not even though we haven't heard that from the government, is still eligible to be readmitted to the Witness Security Program. In fact, he's still a member of the Witness Security Program right now, but he's in the prisoners' section of it as opposed to the civilian. And if the sponsor who basically convinced Mr. Salemme to cooperate back in 19-, 2000 and 2001 were to write a letter on this gentleman's behalf, OEO, in fact, he could be readmitted to the program, which in fact, would be a good thing, because you could release him in the program, and he'd be under the jurisdiction of the marshals who would watch him. He could be required to report to probation in the particular area or jurisdiction where he's going to be sent. I wouldn't even know where that is. So there are terms and conditions and plans that can be put into affect either in the program or outside the program that would ensure Mr. Salemme's presence before this Court. And, unless there's something newer as far as risk of flight or dangerousness, newer than 1995 or 1968, I would suggest, your Honor, that it's appropriate and important even though the government didn't present the information to you, to look at what the present has hold, held for Mr. Salemme and that is the behavior and actions of someone who has given up his ways, has

36

1    cooperated with the government, who did his time and he
2    participated in the Witness Security Program and committed no
3    new offenses while doing it.  So those factors I think would
4    dispute the risk of flight and the dangerousness.  The strength
5    of the government's case, this case is mainly Stephen Flemmi,
6    and let's not be less than honest about that.  I know there are
7    other witnesses, no question.  But, it's Stephen Flemmi that
8    brings this case about.  He's alleged to have been an
9    eyewitness, and we find that hard to believe and we can dispute
10   that quite thoroughly and quite quickly, but this case is about
11   Steve Flemmi, who has more baggage than Mr. Salemme has.  And
12   the comment about Mr. Salemme and Mr. Flemmi working together,
13   in fact, during those periods of time, Mr. Flemmi was working
14   with the FBI.  He was not working with these guys.  He was
15   working with the FBI.  So they're not cohorts.  They're not
16   companions and they're certainly not friends.  There's no one
17   out there willing to help Frank Salemme hide out from this
18   case, no one.

19           Based on all those factors and based on the fact that
20   with the Witness Security Program and with probation that there
21   can be very strict terms and conditions, perhaps an electronic
22   bracelet monitoring system, daily reporting to this courthouse,
23   daily telephonic reporting to this courthouse.  Whatever the
24   Court deems necessary, I'm fairly convinced that Mr. Salemme
25   will comply with that and will not do what he did in the past

1  which was run, and I think you would be able to release him
2  based on a plan that I hope to present to the Court, perhaps
3  with the assistance of pretrial, perhaps myself.
4           MR. KELLY:  Just one point, your Honor.  We would
5  like obviously, we would like copies of the proposal that he's
6  suggesting he's going to submit to the Court.  We want to see
7  what is being proposed.  This is not an ex parte filing I take
8  it.
9           THE COURT:  No.
10          MR. KELLY:  All right.
11          THE COURT:  One of the, one of the things that
12 Attorney Weymouth talked about was that a letter could be
13 written in, that the defendant would, could go back into the
14 Witness Protection Program; is that correct?
15          MR. KELLY:  Well, your Honor, theoretically, anyone
16 who eventually cooperates with the government could be
17 considered to be sponsored into it, given the person is deeming
18 to, is acceptable.  But, this defendant has, and people have
19 been kicked out of the program for things far less severe than
20 getting indicted, which is his status.  Few have been kicked
21 out for coming into the danger zone to visit family.  People
22 get kicked out for calling their relatives because they're
23 lonely and by doing so they violate the rules of the program.
24 People are getting kicked out all the time.  He's been kicked
25 out now because he's been indicted for obstructing justice and

1  making false statements about a murder.  So, the, the notion
2  that someone can just write a letter to this entity, OEO, he's
3  automatically be back in is ridiculous.  They're not going to
4  A, even if the letter is written, they would almost invariably
5  reject it.  He's now under indictment on federal charges facing
6  ten years in prison.  To put him in an undisclosed location
7  where he has to occasionally report into a marshal under some
8  assumed name is like, it doesn't make any sense.  He could just
9  walk away tomorrow.  So, he's not going back into the Witness
10 Security Program outside the prison context.  As long as he's
11 in prison, he'll be protected and allowed to stay in a secure
12 facility when he's detect-, when he's, when he's in jail.  So,
13 if he, if the defense is, well, there's some other better way
14 we haven't heard it from the defense.  The government is not
15 going to sponsor him into the Witness Security Program outside
16 the prison context.

17         MR. WEYMOUTH:  Judge, may I respond to that?
18         THE COURT:  Yes.
19         MR. WEYMOUTH:  I, in fact, contacted the legal staff
20 in Washington in the Witness Security Program.  And in fact, I,
21 that, my comment to you wasn't ridiculous and contrary to what
22 Mr. Kelly said, the rules of the program are quite clear.  He's
23 still in the program.  He would be eligible to reinstate in the
24 program if his sponsor, who is not either one of--
25         THE COURT:  You're saying he's still in the Witness

1  Protection Program.
2          MR. WEYMOUTH:  He's in the Witness--
3          THE COURT:  It is this Court's understanding that he
4  is not in the Witness Protection Program, that he is in the
5  Witness Security section of the prison, but not in the Witness
6  Protection Program.
7          MR. WEYMOUTH:  My understanding is--
8          THE COURT:  Is that, is that correct or--
9          MR. WEYMOUTH:  That's not correct.
10         THE COURT:  That's not correct?
11         MR. WEYMOUTH:  That's what your--
12         THE COURT:  That's not--
13         MR. WEYMOUTH:  That's not what my understanding is.
14 My underst--
15         THE COURT:  Let him finish.
16         MR. WEYMOUTH:  May I finish, please, Mr. Kelly?
17         THE COURT:  Let him finish.
18         MR. WEYMOUTH:  My understanding is, from Washington,
19 is that he is a member of the prisoners' section of the Witness
20 Security Program.  He is--
21         THE COURT:  That, that's different from the Witness
22 Protection Program.
23         MR. WEYMOUTH:  No.  The program is called--
24         THE COURT:  That is quite different--
25         MR. WEYMOUTH:  The program is called--

40

1    THE COURT: Counsel, let me, if you, if you'd listen
2 to me for a moment, you can answer my question. Isn't that
3 quite different from the Witness Protection Program where you
4 are released into the, back into the program? He's in a
5 secure, security section of the prison, but he is no longer at
6 this point and, and I say that because you stated to the Court
7 that a letter could be written to readmit him. If what I am
8 saying is incorrect, why would anyone write a letter?
9    MR. WEYMOUTH: It's my understanding, and I could be
10 wrong and I apologize, the program is called the Witness
11 Security Program. He was terminated from being a civilian
12 assigned to a different area of the Witness Security Program as
13 a result of this indictment, but because of his status as a
14 cooperating witness, he is stilled considered to be witness
15 security, but he's held in prison under the Witness Security
16 Program. They have separate institutions. They have an
17 institution with a separate housing area called WITSET, where
18 people who are under the Witness Security Program are being
19 housed. My understandings are from the legal staff in
20 Washington DC, is that at this point, whether or not he's in
21 the prisoners' section of Witness Security or what his status
22 is, is that the sponsor could write a letter of application or
23 accept, reacceptance to OEO, and say I'm the sponsor of Frank
24 Salemme. I am requesting that he be allowed to return to the
25 civilian portion of the Witness Security Program. It's not an

1  automatic given. It would be decided by OEO, but in fact the
2  opportunity exists for Mr. Salemme if the sponsor were to do
3  it, for that to happen. Mr. Salemme couldn't do it on his own,
4  and the sponsor, if he doesn't want to do it, does, if he
5  didn't do it, then Mr. Salemme would have no ability to apply
6  on his own. That's what I meant by applying for the letter.
7  And so in fact, from what I understand from Washington, even
8  though OEO might very well say no, that the process of applying
9  for reacceptance into the civilian portion, be released and be
10 assigned to a different community would be a possibility for
11 him. It has to be instituted only by the sponsor.
12           THE COURT: Thank you. Anything further?
13           MR. KELLY: No, your Honor.
14           THE COURT: And you will submit something to the
15 Court--
16           MR. WEYMOUTH: I will, your Honor.
17           THE COURT: -- in writing? Thank you. The Court
18 will take the matter under advisement.
19           THE CLERK: The Court is now in recess.
20 //
21 //
22 //
23 //
24 //
25 //

## CERTIFICATION

I, Maryann V. Young, court approved transcriber, certify that the foregoing is a correct transcript from the official digital sound recording of the proceedings in the above-entitled matter.

_____          February 25, 2005
Maryann V. Young

*Maryann V. Young*
**Certified Court Transcriber**
**(508) 384-2003**