UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>-v.- )<br>)<br>**FRANCIS P. SALEMME,** )<br>)<br>)<br>)<br>**Defendant.** ) | **Criminal No. 04-10323-RGS** |

## JOINT MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, the parties jointly make this motion for the Court to enter a protective order with regard to all discovery produced to the defendant and/or defense counsel ("the defense") subsequent to June 8, 2005 and bate stamped #6246 et seq.

In support of this motion, the parties states:

1. The government is prepared to make extensive materials available to the defense in this case prior to the time period required by the Local Rules and the Jencks Act.

2. These materials include, *inter alia*, grand jury transcripts, civil deposition transcripts, FBI 302 reports, DEA 6 reports and numerous other documents containing highly sensitive statements and information. Premature public disclosure of these materials will in all likelihood lead to substantial publicity that could unfairly and unnecessarily complicate the proceedings in this case.

3. Additionally, some of the discovery materials being produced to the defense contain non-public information that is pertinent to ongoing investigations of serious crimes by other persons. Premature public disclosure of such materials and information could compromise those investigations.

4. Accordingly, the parties request that this Court enter a protective order (a) directing that all discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq. shall be used solely for good faith preparation for trial and defense of this case and shall not be

2

used by the defense for any other purpose; (b) requiring the defense to hold securely all of the discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq. in locations not accessible to unauthorized third parties; (c) requiring the defense not to permit any third party to take, copy, or record in any way any of the discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq. and (d) requiring that upon the conclusion of this case, the defense shall promptly return to the government all of the discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq.

    A proposed order is attached to this motion.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

Date: June 8, 2005                         By:   /s/ Brian T. Kelly
                                                FRED M. WYSHAK, JR.
                                                BRIAN T. KELLY
                                                Assistant U.S. Attorneys

Dated: June 8, 2005                       By:   /s/ Stephen J. Weymouth
                                                STEPHEN J. WEYMOUTH, Esq.
                                                Counsel for Defendant Salemme