UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**     )<br>                                                             )<br>               -v.-                                         )<br>                                                             )<br>**FRANCIS P. SALEMME,**                  )<br>                                                             )<br>                                                             )<br>                                                             )<br>               **Defendant.**                     ) | **Criminal No. 04-10323-RGS** |

## PROTECTIVE ORDER

This matter has come before the Court pursuant to the parties' joint motion for a protective order with regard to all discovery produced to the defendant and/or defense counsel ("the defense") subsequent to June 8, 2005 and bate stamped #6246 et seq.

Pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, and for good cause shown,

**THE COURT HEREBY ORDERS**, with regard to the above-captioned indictment, that all discovery produced to the defendant and/or defense counsel ("the defense") subsequent to June 8, 2005 and bate stamped #6246 et seq. case shall be used solely for good faith preparation for trial and defense of this case and shall not be used by the defense for any other purpose.

**IT IS FURTHER ORDERED** that the defense shall hold securely all of the discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq. in locations not accessible to unauthorized third parties.

**IT IS FURTHER ORDERED** that the defense may review the aforementioned materials with third parties as part of the defense's good faith preparation for trial and defense of this case, but shall not permit any third party to take, copy, or record in any way any of the aforementioned materials, copies, or contents thereof.

2

**IT IS FURTHER ORDERED** that upon the conclusion of this case, all of the discovery produced to the defense subsequent to June 8, 2005 and bate stamped #6246 et seq shall promptly be returned to the government.

DATED: _____

                                                                                   _____
                                                                                   HON. RICHARD G. STEARNS
                                                                                   United States District Court Judge