UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10323 RGS

FRANCIS SALEMME
      Defendant

REPORT & ORDER ON
FINAL STATUS & FURTHER FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On April 28, 2005, the parties appeared before this Court for a Final Status Conference.  On May 17, 2005, the parties appeared before this Court for a Further Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is not complete and there are pending discovery motions;

3. Supplemental discovery is anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include November 16, 2004, through December 14, 2004 (28 days), December 4, 2004, through January 11, 2005 (27 days), January 11, 2005, through March 15, 2005 (63), March 15, 2005, through March 28, 2005 (13 days), March 28, 2005, through April 28, 2005 (31 days), April 28, 2005, through May 17, 2005 (19 days) and May 17, 2005, through June 30, 2005 (44 days), for a total of two hundred and twenty-five days (225) days as of January 30, 2005.  The Parties made oral motion to exclude all time since arraignment and continue the time until the next status conference.  The government will file a joint motion for the applicable periods of excludable delay.  The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 30, 2005.  There are anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

5. (a)  The defendant does not intend to raise a defense of insanity;

(b)  The defendant does not intend to raise a defense of public authority;

6. The government has not requested notice of alibi by the defendant;

7. There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

8. There is no need for a schedule concerning any matter in the case other than trial;

9. Early resolution of the case without trial is unclear at this time;

10. Trial is necessary. The estimated duration of the trial is six (6) to seven (7) days;

11. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. A **SECOND Further Final Status Conference** is scheduled at **9:30 a.m.** on **June 30, 2005,** in Courtroom 24, 7th floor.

**Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

    HONORABLE JOYCE LONDON ALEXANDER
    U.S. MAGISTRATE JUDGE

    By the Court:

June 20, 2005    /S/ Rex Brown
Date    Rex Brown, Courtroom Clerk
    (617) 748-9238