UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| FRANCIS P. SALEMME, | ) |
| Defendant | ) |

## MOTION TO CONTINUE FINAL STATUS CONFERENCE

Now comes counsel for the defendant and requests that the Final Status Conference, presently schedule for June 30, 2005, be continued.

In support of this motion counsel states that a family medical emergency occurred on June 17, 2005. Counsel's son underwent emergency surgery, and he remains in the hospital in Cincinnati, Ohio. Counsel has been to visit with his son, and he intends to return. Counsel has been focused on his son.

In addition, counsel's computer was stolen from his office on June 8, 2005. Counsel has just purchased a new computer, and he is attempting to recreate his files. Counsel will need additional time to prepare for the Final Status Conference. Parties are still working to resolve the discovery issues that still exist.

1

FRANCIS P. SALEMME

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on June 22, 2005.

_____
Stephen J. Weymouth