UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10323 RGS

FRANCIS SALEMME
       Defendant

REPORT & ORDER ON
SECOND FURTHER FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

On July 6, 2005, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. The applicable periods of excludable delay under the Speedy Trial Act include November 16, 2004, through December 14, 2004 (28 days), December 4, 2004, through January 11, 2005 (27 days), January 11, 2005, through March 15, 2005 (63), March 15, 2005, through March 28, 2005 (13 days), March 28, 2005, through April 28, 2005 (31 days), April 28, 2005, through May 17, 2005 (19 days); May 17, 2005, through June 30, 2005 (44 days) and June 30, 2005, through July 6, 2005 (6 days), for a total of two hundred and thirty-one days (231) days as of June 30, 2005. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of July 6, 2005. There are anticipated dispositive motions that may cause additional excludable time on the Speedy Trial Clock;

2. There are anticipated motions to dismiss or suppress that would require a ruling by the District Judge before trial;

3. There are no other matters.

    IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. The defendant shall file any and all dispositive motions by July 20, 2005; with the government's response due by August 3, 2005. Whereas all pretrial matters referred to

the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

July 6, 2005      /S/ Rex Brown
Date      Rex Brown, Courtroom Clerk
     (617) 748-9238