## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **CASE NO.    1:04-CR-10323-RGS** |
| | ) | |
| **FRANCIS P. SALEMME,** | ) | |
| **Defendant** | ) | |
| | ) | |

## MOTION FOR DISCOVERY

Now comes counsel for the defendant and requests that this Court to order the

government to provide the following materials:

1.  Pages 138-146 of the Initial historic summary debriefing of defendant

    Stephen Flemmi dated October 29, 2003.

2.  Pages 60-62 of the Debriefing of defendant Stephen J. Flemmi regarding

    corruption dated October 29, 2003.

3.  Pages 81-92 of the Summary Debriefing of Defendant/Witness Kevin J.

    Weeks dated January 24, 2001.

4.  The identity of the person who tampered with the document Bates

    stamped # 8027.

5.  The identity of the person who tampered with the document Bates

    stamped # 8028.

6.  The identity of the person who tampered with the document Bates

    stamped # 8027.

1

7. A copy of the original document Bates stamped # 8027 that has not been tampered with.

8. A copy of the original document Bates stamped # 8028 that has not been tampered with.

9. A copy of all of Stephen J. Flemmi's passports.

10. A copy of the federal and state tax returns filed by Thomas Hillary for the years 2003-present.

11. An accounting of all cash and other payments to Thomas Hillary and/or his family by the government in exchange for Hillary's cooperation over the past 12 years.

12. A copy of all of Roger Vella's passports.

13. A copy of all of Thomas Hillary's passports.

14. A copy of all of the incident reports received by Roger Vella while he has been incarcerated in the Federal Bureau of Prisons.

15. Any and all information received by the United States Attorney's Office in Philadelphia from Roger Vella in connection with Joey Merlino.

16. Any and all information received by the United States Attorney's Office in Philadelphia from Michael Focoso in connection with Roger Vella.

17. A copy of any and all letters written to AUSA Barry Gross from Michael Focoso.

18. A copy of all of the disciplinary reports received by Roger Vella while he has been incarcerated in the Federal Bureau of Prisons.

2

19. A copy of all of the 302(s) and/or 209(s) ever written in connection with Roger Vella but any and all government agents.

20. A copy of all of the information received by the United States Attorney's Office in Philadelphia from whatever source in connection with Roger Vella.

21. Any and all information received by the United States Attorney's Office in Philadelphia from Roger Vella in connection with Tommy Scifetti.

22. A copy of the transcript of any testimony given by Roger Vella at any proceeding at any time in connection with or against Tommy Scifetti.

23. A copy of any and all letters written by AUSA Barry Gross to Michael Focoso.

24. A copy of the summary of reasons by the United States Attorney's Office in Philadelphia as to why Roger Vella was not called as a witness at any trial in federal court.

25. A copy of any and all proffer statements made by Roger Vella in connection with any and all plea agreements and/or cooperation agreements, specifically requesting the proffer statement involving Ron Turchie and George Borgese, but not limited to that proffer statement.

26. The identity of the person or persons who received the information contained in the document Bates stamped # 8028 that has not been tampered with.

27. The date on which the information contained in the document Bates stamped # 8028 was received by law enforcements officials.

28.   The identity of the person or persons who authored the document Bates stamped # 8028.

29.   A copy of all the notes taken by SSA John J. Terry during each of the interviews of CS.

30.   A copy of all the notes taken by SA Eric H. Ruona during each of the interviews of CS.

31.   A copy of all the notes taken by SA Darin Werkmeister during the interview of CS on September 16, 2004.

32.   A copy of all the notes taken by Special Investigator Thomas Moriarty during the interview of CS on November 24, 2004.

33.   A copy of the surveillance logs in connection with Jackie Salemme from May 1, 1993 to May 31, 1993.

34.   A copy of all the notes taken by AUSA Wyshak during the interview of Frank Salemme on November 2, 1999.

35.   A copy of all the notes taken by any and all law enforcement officials during the interview of Frank Salemme on November 2, 1999.

36.   A copy of the transcript of the pleas and sentencing hearings of Stephen Flemmi in Florida and Oklahoma.

37.   Anything in the possession of the government from any and all sources containing information about Frank Salemme from Steven DiSarro.

38.   Anything in the possession of the government from any and all sources containing information about Stephen Flemmi from Steven DiSarro.

4

39.  Anything in the possession of the government from any and all sources containing information about Frank Salemme, Jr. from Steven DiSarro.

40.  A copy of the transcript of the pleas and sentencing hearings of Stephen Flemmi in Florida and Oklahoma.

41.  A copy of all of the surveillance logs, reports and notes in connection with Frank Salemme from May 1, 1993 to May 31, 1993.

42.  A copy of all of the surveillance logs, reports and notes in connection with Frank Salemme, Jr. from May 1, 1993 to May 31, 1993.

43.  A copy of all of the surveillance logs, reports and notes in connection with Stephen Flemmi from May 1, 1993 to May 31, 1993.

44.  A copy of all of the surveillance logs, reports and notes in connection with James Bulger from May 1, 1993 to May 31, 1993.

45.  Information concerning whether Steven DiSarro was a government informant during the period of time from 1991-1993.

46.  Information concerning whether Steven DiSarro was a cooperating witness during the period of time from 1991-1993.

47.  A copy of all of the surveillance logs, reports and notes in connection with Paul Weadick from May 1, 1993 to May 31, 1993.

FRANCIS P. SALEMME

Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by hand, on July 5, 2005.

Stephen J. Weymouth