UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) |
| FRANCIS P. SALEMME, | ) |
| Defendant | ) |

## MOTION FOR COURT ORDER REQUIRING OEO AND THE BUREAU OF PRISONS TO PROVIDE A PET SCAN IMMEDIATELY

Now comes counsel for the defendant and requests this Court to order the Office of Enforcement Operations (OEO) and the Bureau of Prisons to arrange for the administration of a PET Scan of the defendant immediately.

Mr. Salemme has been in custody since his arrest in November of 2004. Since February of 2005, Mr. Salemme has been held in an urban correctional facility. Mr. Salemme has certain medical issues that are not being addressed by OEO and/or the Bureau of Prisons. Indeed this Court allowed a similar motion on February 23, 2005.

Medical tests that have been administered since February 23, 2005 were unable to determine the exact nature of the defendant's medical conditions. It was recommended that a PET Scan be administered. It is expected that this relatively new, sophisticated scan would lead to a correct diagnosis for the defendant. The PET Scan has not yet been administered. The PET Scan needs to be administered as soon as possible.

1

_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on July 12, 2005 and upon OEO, by mail, on July 12, 2005.

_____
Stephen J. Weymouth