UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) |
| FRANCIS P. SALEMME, | ) |
| Defendant | ) |

## MOTION FOR LEAVE TO BILL BY COUNSEL

Now comes counsel for the defendant and requests this Court for permission for counsel and his associate to each bill for the time they both spend interviewing the defendant and witnesses.

In support of this motion counsel states that he has hired Attorney Stephen Boozang to assist him in representing the defendant. On June 4, 2005, counsel and Attorney Boozang traveled out of state to meet with the defendant. Both attorneys met with the defendant for five hours. It is critically important that both attorneys meet with the defendant so as to be sure that all of the information is documented. Counsel is of the opinion that it is critical for both attorneys to meet with the defendant together. Counsel is of the humble opinion that it is only fair that both attorneys be permitted to each bill for the services rendered during the interviews with the defendant.

In addition, counsel and his associate will be interviewing dozens of witnesses over the next few months in order to prepare for trial. It is necessary for both counsel to interview witnesses.

1

WHEREFORE, permission is hereby sought for counsel and his associate to each bill for their time when jointly interviewing the defendant and witnesses.

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on July 11, 2005.

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth