## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
                                    )
UNITED STATES OF AMERICA            )
                                    )
                                    )
            v.                      )
                                    )
FRANCIS P. SALEMME,                 )
            Defendant               )
                                    )
_____)
```

### MOTION TO CONTINUE FILING DATE

Now comes counsel for the defendant and requests that the date set for the filing

of any and all dispositive motions be continued from the present filing date of July 20,

2005 until a date set by this Court at the Status Conference scheduled for July 20, 2005.

In support of this motion counsel states that the government is still producing

discovery documents. Counsel for the defendant will not be able to research, prepare and

file dispositive motions until the government has provided and he has reviewed all of the

discovery. That will not happen by July 20, 2005. Counsel will need additional time to

prepare these motions.

                              Stephen J. Weymouth
                              65a Atlantic Avenue
                              Boston, MA 02110
                              617-573-9598
                              BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion
was served upon Assistant United States Attorney, Brian Kelly, by mail, on July 11,
2005.

                              Stephen J. Weymouth

1