UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME

<u>ORDER ON MOTION FOR REVOCATION OR
AMENDMENT OF ORDER ON DETENTION</u>

August 10, 2005

STEARNS, D.J.

Having reviewed Magistrate Alexander's Order on Detention, the defendant's Proposed Release Plan (filed under seal), the government's comments on that Plan (also filed under seal), the government's opposition to the motion, the transcript of the underlying detention hearing, and other material under seal that has been brought to the court's attention in a related mater, the motion is <u>DENIED</u>.  I agree with the Magistrate Judge that despite defendant's advancing age, his prior record as a repeat fugitive establishes a substantial risk that he would take flight.  As the Magistrate Judge observes, if convicted, defendant's ultimate sentence could be the functional equivalent of life.  While the Magistrate Judge's Order is less well-developed with respect to the defendant's present danger to the community, I am persuaded by his record and by the materials examined under seal that such a danger exists.  In this regard, I agree with the government's observation that the Proposed Release Plan insufficiently addresses legitimate community safety concerns.  Therefore, the Detention Order will stand.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE