UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) C. A. NO. 04-CR-10323-RGS |
| | ) |
| FRANCIS P. SALEMME, | ) |
| Defendant | ) |

## MOTION FOR HEARING IN CONNECTION WITH DISCOVERY ISSUES

Now comes counsel for Francis P. Salemme and hereby moves this Honorable Court for a hearing in connection with discovery issues that have arisen in this matter.

In support of this request counsel states that he learned that Judge Tauro had entered an Order on July 28, 2005 in the matter of United States v. John Connolly, Jr.: Criminal Action No. 99-CR-10428. A copy of the Order is attached hereto and incorporated herein. The Order was entered in connection with a motion filed by the Boston Globe to intervene and to terminate the sealing orders concerning Connolly's motion for new trial. Judge Tauro stayed execution of the order until August 4, 2005.

Judge Tauro's Order allowed the Globe's motion to intervene and to terminate the sealing orders in the Connolly matter. Judge Tauro stayed execution of the Order until August 4, 2005.

On August 2, 2005 the United States Court of Appeals extended the stay of the execution of the Order until August 11, 2005 (a copy is attached hereto).

Counsel is of the opinion that one of the exhibits filed in support of Connolly's motion for new trial is a 10 page 302 FBI report. The report was produced by the government in the instant matter in late June 2005 subject to this Court's Protective Order (Bates stamp number 8011-8020). If counsel's opinion is correct this report will be released to the public if Judge Tauro lifts the sealing order in the Connolly matter. Counsel asks this Court to order that this report remain under seal while Mr. Salemme's matter is pending. This request is based on two grounds.

First, counsel states that this report contains information about Mr. Salemme that, if disclosed, would violate Mr. Salemme's right to a fair trial as guaranteed by the Sixth Amendment. Mr. Salemme's right to a fair trial must take precedence over the public's right of access to this report.

Second, counsel states that the report referenced herein, as noted above, was provided to him during the discovery process in the instant proceeding. The report is subject to a Protective Order signed by this Court. Terminating the sealing order in the Connolly matter as to this report would effectively nullify this Court's Protective Order.

Counsel also requests that this Court review any and all other exhibits filed under seal by either the government or Connolly in connection with the motion for new trial. Counsel requests this Court to order that any and all documents so filed that contain harmful and/or prejudicial information as to Francis P. Salemme remain sealed. This request specifically refers to seven pages of documents that should have provided to counsel in January of 2005 that were sent to counsel on August 3, 2005 for the first time by an Assistant United States Attorney from New Haven, Ct. and not the prosecutors in the case. However this request is not limited to these seven pages.

WHEREFORE, counsel asks this Court for the following:

1. Order that the 10 page FBI report showing Bates stamp number 8011-8020 remain under a sealing order until the instant proceeding is resolved;

2. Review all of the exhibits submitted in the Connolly motion for new trial by either side and determine if any or some or all of the exhibits contain prejudicial and/or harmful information as to Frank Salemme. If so counsel request that this Court order those exhibits remain under a sealing order until the instant proceeding is resolved;

3. Order the government to immediately provide all of the discovery to counsel;

4. Order the government to immediately respond in writing to the defendant's Motion for Discovery.

FRANCIS P. SALEMME

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon the attorney of record for each party on August 5, 2005.

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth

3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * * | |
| v. | * | Criminal Action No. 99-10428-JLT |
| | * * * | |
| JOHN J. CONNOLLY, JR. | * * | |

ORDER

July 28, 2005

TAURO, J.

The court hereby orders that:

1. Motion of Globe Newspaper Company to Intervene and to Terminate Sealing Orders Concerning Defendant's Motion for a New Trial [#757] is ALLOWED;

2. Said allowance is stayed for seven days (August 4, 2005) to permit any person aggrieved and having standing to appeal this order to the First Circuit Court of Appeals.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

By the Court:

Richard Cushing Donovan, Clerk.

**JULIE GREGG**

By: _____
          Operations Manger.

[certified copy: Judge Tauro, Sarah Allison Thornton, Clerk]

[cc: E. Peter Mullane, Esq., Edward J. Lonergan,
    William Nardini, AUSA, John Durham, AUSA,
Cynthia Shepherd Torg, Esq., Leonard Boyle, Esq.,
Jonathan Albano, Esq., M. Robert Dushman, Esq.,
    Stephen Weymouth, Esq., Steven Boozang, Esq.]