# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.   1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |

*Allowed. R.D. Stearns DJ 8-23-05.*

## MOTION FOR PERMISSION TO TRAVEL AND FOR COURT AUTHORIZATION TO INCUR EXPENSES

Now comes counsel for Francis P. Salemme and states that he has been appointed to represent Mr. Salemme pursuant to CJA. Counsel respectfully requests permission and authorization to contact and utilize National Travel Service to travel in connection with the above-entitled matter.

Counsel also seeks court authorization to incur expenses since Mr. Salemme is being held out of this district and it is necessary to frequently travel to him in order to prepare his defense.

/s/ Steven C. Boozang
Steven C. Boozang
378 Washington Street
Westwood, MA 02090
(781) 251-9991
BBO# 659216

## CERTIFICATE OF SERVICE

I, Steven C. Boozang certify that a true copy of the forgoing motion was served upon A.U.S.A., Brian Kelly by hand on August 22, 2005.

/s/ Steven C. Boozang
Steven C. Boozang