UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>FRANCIS P. SALEMME        ) <br>) | CR. NO. 04-10323-RGS |

**GOVERNMENT'S SUBMISSION IN RESPONSE TO COURT'S ORDER DATED AUGUST 22,2005 PERTAINING TO PREVIOUSLY SEALED FBI 302 REPORT**

On August 22, 2005, after extensive litigation involving numerous parties, this Court unsealed (with the exception of one sentence) an FBI 302 report detailing jailhouse statements made by defendant Francis Salemme to a cooperating witness. Prior to this Court order, and in blatant defiance of the existing sealing orders, somebody provided the FBI 302 report to Boston Herald reporters Michele McPhee and Laurel Sweet. The contents of the previously sealed FBI 302 were recounted at length in a Boston Herald article by reporters McPhee and Sweet on the morning of August 22, 2005 - _prior_ to the Court granting permission that the document could be unsealed. See Exhibit A attached hereto. In fact, on August 23, 2005, the Boston Herald published another story by reporters McPhee and Sweet which specifically referred to the sentence which the Court had redacted in its order dated August 22, 2005. See Exhibit B attached hereto. Thus, it is clear that somebody has committed a contempt of court and provided the entire FBI 302 report to Boston Herald reporters McPhee and Sweet.

In its order dated August 22, 2005, the Court concluded by ordering the government to provide it with a list of persons who were provided with copies of the subject FBI 302 report dated October 7, 2004. Of course, the Court also retains the power to investigate this matter in the same (successful) manner employed by the District Court in Rhode Island in <u>In re Special Proceeding</u>, 373 F.3d 37 (1st Cir. 2004).

Accordingly, the government respectfully submits that the following individuals are believed to have had actual copies of the FBI 302 provided to them or have had access to the document prior to its unsealing:

**I. Non-government personnel**

A. <u>Counsel for John Connolly</u>

1. E. Peter Mullane, Esq.

2. Edward J. Lonergan, Esq.

3. Tracy A. Miner, Esq.

4. Jay Tangney, Esq.

5. MacKenzie Webster, Esq.

B. <u>Counsel for Francis Salemme</u>

1. Stephen J. Weymouth, Esq.

2. Steven C. Boozang, Esq.

C. <u>Counsel in civil litigation - U.S. v. Rakes, 02-10480-WGY</u>

1. Lisa M. Asiaf, Esq. (now a Boston A.U.S.A.)

2. Paul V. Kelly, Esq.

3. Richard E. Bowman, Esq.

4. Douglas S. Brooks, Esq.

5. Joseph F. McDowell, III, Esq.

6. Jeffrey B. Osburn, Esq. (N.H.)

D. <u>Miscellaneous</u>

1. John J. Connolly (who is writing letters to reporters McPhee and Sweet as evidenced by Boston Herald articles dated 8/25/05 and 8/26/05 attached hereto as Exhibits C and D, respectively);

2. Francis P. Salemme;

3. Stephen J. Flemmi (On August 22, 2005, government counsel learned that inmate Stephen Flemmi had been provided with a copy of the sealed FBI 302 report via a letter from attorney Peter Mullane on June 10, 2005 - see Exhibit E attached hereto).

**II. Government personnel**

A. <u>DOJ Civil Attorneys</u>

1. Stacey Bosshardt

2. Andrew D. Kaplan

3. Mary Leach

4. Phyllis J. Pyles

5. Tess Finnegan

6. Kate Carey

7. Bridget Lipscomb

8. Larry Eiser

B. <u>Salemme trial team</u>

1. Fred M. Wyshak, AUSA

2. Brian T. Kelly, AUSA

3. Terry Fahey, paralegal

4. Peter Truong, paralegal

5. Case Agents (DEA) Daniel Doherty and (MSP) Stephen Johnson

C. <u>Boston U.S. Attorney's Office</u>

1. Michael J. Sullivan

2. Gerard T. Leone, Jr.

3. Robert C. Krekorian

4. James B. Farmer

5. Stephen P. Heymann

6. James D. Herbert

D. <u>Non-Boston Prosecutors</u>

1. John Durham (CT)

2. William Nardini (CT)

3. Robert E. Courtney, III (PA)

4. Frank A. Labor, III (PA)

5. Christine Sykes (PA)

5. Mitchell A. Mars (IL)

6. Bruce G. Ohr (DOJ/OCRS)

7. Frank J. Marine (DOJ/OCRS)

8. J. Kenneth Lowrie (DOJ/OCRS)

E. <u>Federal Bureau of Investigation</u>

1. <u>Boston</u>: Kenneth W. Kaiser; Kevin J. Kline; Robert R. Callen; Michael R. Gibeley.

2. <u>FBI Headquarters/Washington, D.C.</u>: Gary M. Bald; Charles Cunningham; Tom Metz; Dennis J. Bolles; Patrick G. Brodsky; John D. Bunn; Jeffrey Sallet; Lou Sciarrone.

3. <u>Newark</u>: Kenneth Terracciano.

4. <u>Philadelphia</u>: John Eckenrode; Ronald Hosko; John Terry; Eric Ruona; James Titcombe; John Martinelli; John Augustine; John Koch; Colleen Bentz; Kevin Bosch; Edward Conway; Mike Dixon; Mike Fischer; Pete Kowenhoven; Katie O'Hanlon; David Sebastiani and three investigators assigned to FBI Organized Crime squad in Philadelphia, Mark Pinero (Philadelphia Police Dept.), Scott Higgins (PA State Police) and John Canterino (PA State Police).

F. <u>Miscellaneous</u>

1. Thomas Moriarty, Investigator for U.S. Attorney's Office in Chicago - worked with AUSA Mitchell A. Mars on this matter.

    Finally, it should be noted that other individuals within the Department of Justice and FBI may have been made aware of the contents of the FBI 302 report prior to its unsealing by the Court on August 22, 2005. However, the list set forth above specifies the individuals who are believed to have had actual copies provided to them or have had access to the document prior

to its unsealing.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

By: /s/ Brian T. Kelly
      FRED M. WYSHAK, JR.
      BRIAN T. KELLY
      Assistant U.S. Attorneys

DATED: September 1, 2005