# ATTACHMENT A

# 'OBSESSED FEDS'

**Report: They pressured mob witness in rush to convict agent**



**EXCLUSIVE**

Did notorious New England gangster Francis "Cadillac Frank" Salemme lie on the witness stand to help convict disgraced FBI agent John J. Connolly, left? So says a mob associate and onetime federal witness who shared jail time with Salemme, according to explosive new FBI documents obtained by the Herald.

PAGES 4-5

## HERALD EXCLUSIVE

# FBI REPORT: FEDS

## Mob snitch claims Salemme lied



Stories by Michele McPhee and Laurel J. Sweet

A pivotal witness against jailed FBI agent John J. Connolly Jr. was told he would "die in prison" if he didn't help "obsessed" prosecutors make their case against him, according to an FBI debriefing obtained by the Herald.

The witness, former New England gangland boss Francis "Cadillac Frank" Salemme, also boasted that he lied on the stand to appease prosecutors intent on convicting Connolly, according to a mob snitch debriefed in the 10-page FBI "302" report.

The snitch, onetime Philadelphia Mafia associate Roger "Crazy Roger" Vella Jr., was jailed alongside Salemme in a prison unit for government informants and soon became Salemme's confidant, he told FBI agents. Prosecutors persuaded Salemme to "say what they wanted to hear" about Connolly, who was being dubbed "public enemy number one" by the feds during his 2002 trial, Vella claimed. Connolly was convicted of taking

### Ex-agent's basis for new trial

*Disgraced FBI agent John J. Connolly Jr., convicted of taking bribes from Boston mobsters, is arguing for a new trial on these grounds, according to a copy of his motion obtained by the Herald:*

- Mobster Francis "Cadillac Frank" Salemme allegedly told a mob confidant he'd never seen prosecutors so "obsessed" with getting someone as when they were going after Connolly, whom they called "public enemy number one."
- Salemme allegedly said he never met Connolly and could not identify him until prosecutors showed him a picture of the agent the night before he testified.
- Salemme allegedly called Connolly and his informant, fugitive mob boss James P. "Whitey" Bulger, "Irish bums," but said his testimony against the former FBI agent was "his ticket home."
- Salemme allegedly boasted he did not allocute to all the murders he committed in his gangland career, in violation of his federal cooperation agreement.
- Connolly had once arrested Salemme for rigging a Boston attorney's car with a bomb, one of the charges that allegedly prompted the aging wiseguy to remark, "(bleep) Connolly, that guy and the FBI are the enemy." He and his family had suffered for years, Salemme allegedly added, "and now it's Connolly's turn."

**CONVICTED:** John J. Connolly Jr.

### FRANKLY SPEAKING

*Here are some highlights of what Roger "Crazy Roger" Vella Jr. claimed Francis "Cadillac Frank" Salemme told him, according to an FBI debriefing report.*



- Salemme was stunned when he discovered that his sidekick, Stephen "The Rifleman" Flemmi was a "rat all those years."
- Salemme said he had no problems with the guys back in Boston because he was testifying against "the enemy." Salemme said "guys on the street don't care that he was testifying against an FBI agent," repeatedly insisting, "I ain't no rat."
- Salemme said the FBI "looks like the (expletive) that they are" and wondered, "How do they like it now?"
- Salemme said he could not see his "own kid laid out at his viewing after he died because he was on the run from the law."
- Salemme said the special federal prosecutors he was dealing with were "buttering him up," by giving him books.

'CADILLAC FRANK' SALEMME

## TIMELINE

**1950s** — Future mob boss and alleged serial killer James "Whitey" Bulger's nearly half-century reign of terror begins with him cutting his teeth as a bank robber.


BULGER

**1960s** — Bulger joins Howie Winter's Winter Hill Gang.

**1970s** — Bulger and Stephen "The Rifleman" Flemmi, who were introduced by Boston FBI Agent John J. Connolly Jr., seize control of the Winter Hill Gang after Winter is incarcerated.

**1980s** — Francis 'Cadillac Frank' Salemme, future godfather of the New England Mafia, survives a hit at a Saugus pancake house by rivals to the La Cosa Nostra throne. New York City's Gambino crime family boss John Gotti orders the Boston mobsters to make peace.

# 'OBSESSED' WITH AGENT

bribes from the mob in part on Salemme's testimony.

Vella's 2004 FBI debriefings form the basis for Connolly's motion for a new trial. His case rocked the Boston FBI office with revelations that he and other agents acted in cahoots with Irish mob boss James J. "Whitey" Bulger to bring down the Italian Mafia.

Connolly would be the only agent charged in the case. Bulger remains at large and Connolly is blamed by federal officials for helping him flee.

Attorneys claim in the motion that the government withheld evidence and coached murderers — Salemme among them — to testify against Connolly at his 2002 trial.

Connolly was sentenced to 10



KEY PLAYER: 'Whitey' Bulger.

years in federal prison but is currently jailed in Florida facing murder charges in connection with the 1982 slaying of Miami gambling magnate John Callahan.

In Connolly's motion for a new trial, his lawyers focus on claims by Vella that Salemme admitted lying on the stand. During his testimony, Salemme said that he paid Connolly twice in 1993 with envelopes stuffed with $5,000 in cash.

Salemme allegedly told Vella he would not have paid Connolly because the FBI was "the enemy."

When debriefed by FBI agents John T. Terry and Eric H. Ruona, Vella is quoted as saying: "Salemme said he never gave Connolly money because he didn't know the guy. . . . Salemme felt that his whole deal with the government hinged on him testifying that he paid Connolly money."

Salemme also told Vella prosecutors coached him before his testimony against Connolly, according

to the debriefing. "There is no way you can beat these people. They put words in your mouth." Salemme allegedly told Vella.

In a separate court document stemming from the case, U.S. Attorney for Massachusetts Michael Sullivan writes "the government believes that much of the information provided by (Vella) is untrue."

But in the past, prosecutors found Vella reliable enough to put him on the stand in a successful double-homicide prosecution. He also agreed to testify for the government against Philadelphia crime boss Joseph "Skinny Joey" Merlino but was not called.

Salemme told Vella that he "got the last laugh by getting back at Connolly and clearing up all his bodies," according to the FBI debriefing. Now he would "get to go home and spend all the money (the government) let him keep," Vella asserts in the report.

Salemme also allegedly told Vella he only admitted to eight murders when he in fact had participated in 11 hits — including three that are unsolved. Failing to admit to all his murders would constitute a violation of Salemme's cooperation agreement with the government, which garnered him a reduced sentence.

Salemme's attorney, Stephen J. Weymouth, would not comment on the Vella debriefing, which he argued should remain sealed so his client could receive a fair trial on charges of obstruction of justice and making false statements in connection with the murder of a strip club entrepreneur.

But in court last week, Weymouth said: "The government used Frank to secure an indictment against John Connolly. Now, they're calling him a big fat liar."

Connolly attorney E. Peter Mullane could not be contacted for comment this weekend.

Copies of the Vella report have been sent to Attorney General John Ashcroft and prosecutors in the Chicago U.S. Attorney's office, which is conducting an "independent review" of Vella's statements, according to the court filings obtained by the Herald.

The Massachusetts U.S. Attorney's office has been criticized by a Congressional committee for its relationship with Bulger and Stephen "The Rifleman" Flemmi in a 2002 report stating: "When the government strays from the rules of the law, the harm outweighs the benefit. In Boston, this is what happened."



HERALD PHOTO BY DAVID MAIALETTI

ROGER, OVER AND OUT: Roger Vella Jr., center, leaves Federal Court in Philadelphia in this August 1999 photo. Vella met mob witness Francis 'Cadillac Frank' Salemme behind bars in 2001.

## 'Rat jail' yields strange bedfellows

They came together as two admitted murderers trading stories about "The Life," mobster parlance for underworld crimes.

Francis P. "Cadillac Frank" Salemme, 72, and Roger "Crazy Roger" Vella Jr., 34, first met behind bars in the fall of 2001. They cemented their friendship in the WITSEC, or witness protection unit, of a federal prison over football games and true crime books.

Vella was the wiseguy whelp from Philly who claimed to have been a driver for Joseph "Skinny Joey" Merlino, and Salemme was the betrayed former New England crime boss. Salemme felt comfortable with the gangland wannabe because Vella "was with a boss, and Salemme was a boss," Vella would later tell FBI agents.

In fact, most of Salemme's rants and boasts made in the "rat jail" would be recounted for FBI agents during interviews with Vella in 2004. Those interviews, called 302 reports, are part of a sealed court file in U.S.

District Court in Boston obtained by the Herald.

It is unclear why Vella decided to spill his guts about Salemme's prison confessions. The Philly mob turncoat is slated to testify against Salemme in his upcoming trial on charges he lied in connection with the 1993 murder of a Westwood businessman, Stephen DiSarro, federal prosecutors said last week.

Among the claims Vella said Salemme made was that the former crime boss "loved to kill," and told the younger hanger-on that lying on the witness stand while testifying against rogue FBI agent John J. Connolly Jr. was his ticket home.

Salemme's attorney, Stephen J. Weymouth, denies the two snitches ever forged a friendship and frets that Salemme "is an easy target" for federal prosecutors because "he can't fight back."

Vella claims he became enamored with underworld crime when, as a child vacationing with his family at Disney World, he met and befriended

a Boston Mafioso.

He never became a "made" member of Joseph "Skinny Joey" Merlino's Philly crime family, but was slated to testify against the boss in a recent mob trial.

One wiseguy told the Philadelphia City Paper in 2001, "The problem is, Vella's got to make a lot of (expletive) up 'cause he was never in the inner circle. So what can he tell the feds? Nothing, if he's telling the truth."

Federal prosecutors in Pennsylvania have described Vella as a legbreaker and debt collector for the Philly Mafia between 1993 and 2000.

In his cooperation agreement with the government, Vella admitted to the 1995 murder of a rival drug dealer, who he suspected was the man who invaded his family's home. His parents and sister were duct-taped and pistol-whipped in the attack.

Last week, Vella's mother, Roseann Vella told the Herald, "I don't know nothing about it. I don't want to say anything. I don't want to get involved. I'm sorry."

## 1990s

Bulger, Flemmi and Salemme are tipped off by Connolly, now retired from the FBI, to pending indictments and flee. Bulger, still at large, is now one of the FBI's Most Wanted fugitives.

## 2002

A federal jury finds Connolly guilty of racketeering and obstruction of justice, partly on the testimony of Salemme. He is sentenced to 10 years in federal prison.



CALLAHAN

## 2005

Connolly is charged in connection with the 1982 gangland murder of Miami businessman John Callahan. Salemme is arrested on the belief of prosecutors that he lied about his knowledge of the 1993 murder of Westwood businessman Stephen DiSarro. Connolly petitions for a new trial in Boston based on an FBI debriefing of a Philadelphia wiseguy wannabe, Roger Vella Jr., who claims he became Salemme's confidant while the two were imprisoned together.