# ATTACHMENT B

**HERALD EXCLUSIVE**

# Rat: Tips foiled feds' efforts to nab Whitey

Federal officials knew where James J. "Whitey" Bulger was hiding out in New York City on several occasions, but the fugitive killer was "tipped off each time before he could be arrested," Francis "Cadillac Frank" Salemme told a fellow inmate, according to an FBI report obtained by the Herald.

"Bulger is a master of disguises and an expert with electronicals (sic)," Salemme allegedly told Roger "Crazy Roger" Vella Jr., a fellow government witness befriended by the ex-New England mob boss while the pair were doing time in the WITSEC, or witness protection unit of a federal pen. According to Salemme, "Bulger was tipped off when he was in New York," Vella told FBI agents in a 10-page "302" debriefing conducted with the snitch last year.

Salemme's attorney, Stephen J. Weymouth, said Vella — a "cooperating suspect" spilling his guts to the FBI about Salemme — is nothing but a wannabe wiseguy who is making up stories about his client.

Weymouth would not discuss the FBI report, citing a court order that is expected to keep the explosive document under seal until today, but said he plans "to talk to Frank" about the allegations Vella made to FBI agents.

Vella "is not credible. He was not a made man. He was not part of the inner circle. It's going to be very easy to show that what he was saying is simply just not true," Weymouth said yesterday.



**ANIMAL:** Hub mob fugitive James 'Whitey' Bulger cradles a goat in an undated photograph obtained by the FBI. According to documents obtained by the Herald, mob snitch Roger Vella Jr. claims Bulger was tipped off before the FBI could arrest him in New York City.

Salemme's trial on obstruction of justice and making false statements charges in connection with the 1993 murder of Westwood strip club owner Stephen DiSarro is expected to begin in six months. Vella is expected to be called as a witness in that case, prosecutors said.

The report says Vella and Salemme became friendly over football games, walks in the prison yard, and by trading true crime books — including one that mentions Salemme and that he autographed for another inmate.

"Salemme told (Vella) that he is a 'gangster' and that he could have seen Vella in the mob 50 years ago," the report stated.

Salemme was also chatty about his criminal activities in Boston, according to the report. He recounted the shooting outside Bickfords Pancake House on Route 1 in Saugus that left him shot in the stomach, and talked about growing up in Roxbury with Stephen "The Rifleman" Flemmi.

Salemme "loved to kill" and had to "kill his way up" to become the boss of Boston's La Cosa Nostra, obtaining "great satisfaction out of burying people so they couldn't be found," Vella told the feds.

"On one occasion, Flemmi chopped a guy's head off," Salemme allegedly boasted to Vella. "Flemmi was a real tough guy."

**Stories by Laurel J. Sweet and Michele McPhee**

## Judge probes leak of FBI debriefing

A federal judge yesterday ordered the U.S. Attorney for Massachusetts to turn over a list of everyone his office knows had access to an "inflammatory" FBI debriefing, which was sealed under court order but revealed exclusively in yesterday's Herald.

According to a 2004 disclosure document from U.S. Attorney Michael Sullivan, which has also been obtained by the Herald, 26 high-ranking authorities had access to the document in question. Six of those officials were members of Sullivan's staff. In addition, other FBI agents and law-enforcement officials are believed to have seen the so-called "302" report, among them former U.S. Attorney General John Ashcroft.

The 10-page debriefing of wiseguy wannabe Roger "Crazy Roger" Vella Jr., 34, a reputed legbreaker and debt collector for the Mafia in Philadelphia, details conversations Vella allegedly had with former New England godfather Francis "Cadillac Frank" Salemme. The talks took place while the pair were imprisoned together in a secret federal pen for mob snitches.

According to Vella, Salemme, whose testimony in 2002 helped put former FBI agent John J. Connolly Jr. in jail for 10 years for getting too cozy with the mobsters he was entrusted to control, boasted of lying on the witness stand.

U.S. District Court Judge Richard G. Stearns said yesterday he would release the "302" report — an exhibit supporting Connolly's motion for a new trial — today.

Blacked out, however, will be Salemme's alleged chest-beating to Vella that he had to "kill his way up" to become a La Cosa Nostra boss, and that he "loved to kill" and bury people so they could not be found.

Stearns dismissed the passage as "gratuitously inflammatory."

— LAUREL J. SWEET AND MICHELE MCPHEE

## Connolly says snitches tainted his trial

"The government cannot have its cake and eat it too."

That is one of the key arguments made in John J. Connolly Jr.'s motion for a new trial, saying his 2002 conviction was "constructed upon the fabrication testimony of career violent criminals who are always willing to tell any story, about any person, provided there is something in it for them."

One of those career criminals in Connolly's 2002 trial was Francis "Cadillac Frank" Salemme, touted by the U.S. Attorney's office in Massachusetts as a credible witness. Salemme's testimony helped convict Connolly of racketeering and obstruction of justice charges.

Those same prosecutors have since charged Salemme with lying in connection with the 1993 murder of a Westwood strip club owner, Stephen DiSarro. "The government used Frank to secure an indictment against John Connolly," said the ex-FBI agent's attorney, Stephen J. Weymouth. "Now they're calling him a big fat liar."

Another mob snitch, Roger "Crazy Roger" Vella Jr., is set to testify against Salemme, a former fellow con, at his upcoming trial.

But in another court document under seal, U.S. Attorney Michael Sullivan said his office "believes that much of the information provided by (Vella) is untrue."

The use of murderers as witnesses was the subject of a 2003 congressional report: "Everything Secret Degenerates: The FBI's Use of Murderers as Informants."

During the hearings, U.S. Rep. Stephen F. Lynch (D-S. Boston) slammed federal prosecutors and the Boston FBI for refusing to disclose lies made and crimes committed by their star witnesses — Joseph "Joe the Animal" Barbosa, James J. "Whitey" Bulger and Stephen "The Rifleman" Flemmi — because to do so would have jeopardized the convictions of La Cosa Nostra members in New England.

But, Lynch said, coming clean on the mob killers turned snitches "would have jeopardized the careers of those law enforcement officials that advanced themselves" by using their testimony.



AP FILE PHOTO
**HARD TIME:** The testimony of convicted criminals helped convict former G-man John J. Connolly Jr.



HENRY HILL    AP FILE PHOTO

## WISEGUY COOK IN HOT WATER

NORTH PLATTE, Neb. — Former mobster-turned-chef Henry Hill, whose experiences inspired the 1990 gangster flick "GoodFellas," has been found guilty of attempted possession of methamphetamine, a misdemeanor.

Police said glass tubes were found in Hill's luggage at the North Platte Regional Airport last August and tests showed two of the tubes contained meth and cocaine residue. Sentencing was set for Sept. 26.

Hill, 62, played by Ray Liotta in "GoodFellas," sought refuge in the witness protection program after agreeing to testify against his former mob bosses from New York. He later left witness protection, moved to Nebraska and now is helping start an Italian restaurant. Hill also wrote "The Wiseguy Cookbook," released in 2002.

ASSOCIATED PRESS