# ATTACHMENT C



Boston Herald
Date: 8/25/05  Page 5

# CONNOLLY LETTERS BLAST FEDS' RATS

**By MICHELE McPHEE**

Lying in a fetid jail cell in Miami, John J. Connolly Jr. is beset by two things — the cockroaches that keep him awake at night, and the question his young son asked him before he went to prison:

Why would he be convicted on the word of confessed killers and pathological liars? In letters to this reporter, the fallen FBI agent is hopeful revelations that several of the Mafia hitmen who testified against him at his 2002 trial have been exposed as liars — including Francis "Cadillac Frank" Salemme, who allegedly told a fellow mob snitch he lied on the stand to take down the "enemy."

In a letter dated July 31, scrawled in pen on sheets of lined paper, Connolly recounted a night he took his son to baseball practice after spending the day listening to Salemme testify against him.

"My 10-year-old son blurted out, 'Dad, is this guy who is accusing you a criminal?'" Connolly recounted in a letter to this reporter last month.

The question came on a day that there was damaging testimony from Salemme, a confessed Mafia hitman and former New England crime family boss.

"I told him he was," Connolly wrote, and said his son responded, "Then why would they believe him?"

"Why indeed?" Connolly wrote. "Especially when that guy was 'Cadillac Frank' Salemme . . . who I had personally arrested at gunpoint in New York City. I testified at his trial, and he was given a 30 year sentence for the Mafia car bombing of (Boston attorney) John Fitzgerald."

According to court documents, the 1968 bombing, in which Fitzgerald survived but lost part of his leg, was ordered because the victim was representing a mob snitch, Joseph "The Animal" Barbosa.

Salemme was arrested by Connolly in 1973, after Salemme's childhood friend and fellow hitman, Stephen "The Rifleman" Flemmi tipped the FBI to his whereabouts.

Salemme still harbored a resentment against Flemmi and Connolly for that arrest, according to the debriefings of another fellow mob snitch.

"Salemme said his testimony against Connolly was his chance to get even with Connolly, Bulger and Flemmi," Philly wiseguy wannabe Roger "Crazy Roger" Vella Jr.

## On Southie childhood

As a kid on the streets of a South Boston housing project I learned three things — you never backed down from an enemy; you never walked away from a friend; and you always kept your word. I'm in prison because I kept my word.

told FBI agents last year.

"How do they like it now?" Salemme wondered aloud, Vella said.

Flemmi — who, along with James "Whitey" Bulger was an FBI informant for Connolly — later testified against the agent.

"Here is a guy who in addition to 12 other murders, butchered two young girls," Connolly wrote of Flemmi in a letter written just weeks before he was shipped to Florida to face state murder charges stemming from the 1982 gangland slaying of Miami gambling magnate John Callahan.

"This is a witness?"

Connolly's lawyers have filed a motion for a new trial based on the "outrageous government misconduct which includes...the encouragement of perjury," the motion reads. "It devolved into winning a conviction at all costs."