# ATTACHMENT D

# Connolly: Lying fed lawma[n]

## For ja[iled]
## some

> 'They robbed me of documents that would have exonerated me. They had to cheat me to beat me.'
>
> **JOHN CONNOLLY IN LETTER TO HERALD**

**By MICHELE McPHEE and LAUREL J. SWEET**

Disgraced FBI agent John J. Connolly Jr. is infuriated that a former law enforcement colleague escaped prosecution even after he admitted to a congressional review committee that he lied, he wrote in-to a letter to the Herald.

Jeremiah T. O'Sullivan — the U.S. Attorney for Massachusetts in 1989 who led the organized crime strike force when Connolly was a top agent — perjured himself in an interview with FBI agents investigating government misconduct in 1997, Connolly alleges.

During the interview, an FBI agent wrote, O'Sullivan said he "thought (James "Whitey") Bulger and (Stephen "The Rifleman") Flemmi were informants for the FBI, but he was never specifically told that while a government attorney."

But in 2002, O'Sullivan admitted before the U.S. House Government Reform Committee investigating FBI misconduct in Boston that he did know the two were FBI informants. He also admitted he backed off prosecuting the Irish mob bosses despite having evidence that they were involved in fixing horse races at Suffolk Downs.

"You got me," O'Sullivan replied when confronted with his own prosecution memo about Bulger and Flemmi's criminal activity.

O'Sullivan did not testify at Connolly's trial, claiming to be "medically unavailable." His apparent perjury, as well as his recently released FBI debriefing, is part of Connolly's motion for a new trial.

"Despite attempts by the defense counsel of John Connolly prior to the commencement of this trial, O'Sullivan refused to engage in any communications whatsoever with them pertaining to his knowledge of the existence of any relevant facts — for what is now known as being dishonorable self-serving reasons," the motion states.

"They robbed me of documents that would have exonerated me," Connolly wrote in a recent letter to the Herald. "They had to cheat me to beat me."

According to O'Sullivan, Connolly was considered a "disruptive member" of the FBI strike force because he "wanted nothing to do with police corruption cases, saying 'we shouldn't be doing cops.'"

O'Sullivan was referring to the 1988 prosecution of seven Boston cops — the so-called "Boston 7" — who were charged with providing muscle for bar owners in exchange for free food and cash bonuses.

One of the cops-turned-cons, Frank Sheehan, railed against O'Sullivan in a 1998 interview with the Herald, saying he "should be in jail" for busting peace officers instead of butchers like Flemmi.

"What were we?" asked Sheehan, who died in December. "Nickel and dime stuff. A few cups of coffee." Connolly agreed, writing to the Herald: "I said we shouldn't be destroying the relationship between the BPD and FBI over a few free meals. And it happened."



**MUM'S THE WORD:** Jailed ex-FBI agent John Connolly says testimony by Jeremiah T. O'Sullivan, above, the U.S. attorney for Massachusetts would have helped him but O'Sullivan was allowed to keep quiet.
STAFF FILE PHOTO BY MATTHEW WEST

Zip Connolly neve[r] don't use your kids a[s] This is a dirty cop w[ho] young sons to his rac[ket] to observe his own de[...] now he whines that embarrassing question[s] he ends up owned by

We know this from [...] been writing to my [...] chele McPhee. Zip use[d] tation from Whitey Bu[lger] in the lockup in Miami, his own stuff, and th[e] Puzo he ain't.

So I'm going to have to step up. Zip, get out your steno pad. Here's the letter you should really write to your kids:

Hi kids, it's your dad, Jailbird John. Disregard all the earlier self-pitying BS. I'm in the slammer, and it's n[...] but my own.

Boys, do you remem[ber] FBI training video they [...] trial? One thing I saic [...] want all of you to re[...] cause I certainly didn't:

"Never try to out-gan[g]ster."

I thought they were [...] How stupid could I ha[ve] here's another thing y[...] member: never, ever [...] from hoods.

Once a criminal gives [...] owns you. Wasn't alwa[ys] but that's how it is n[ow] always trade you up. I g[...]

Remember that bad [...] testified about the dia[...] gave her that I got fro[m] killer, Johnny Martoran[o] shushed me whenever [...] you who she was, but n[...] ing. She's my first ex-[...] keep this in mind, kids, [...] thinking about touchi[ng] rail: if you're married [...] can't testify against you

You ask me, kids, wh[y] to make a big deal nov [...] terrible these gangsters [...] spent my entire FBI c[...] money and orders from [...] It's because I got no [...]

8/26/15