# ATTACHMENT E

MULLANE, MICHEL & MCINNES
COUNSELLORS AT LAW
132 MOUNT AUBURN STREET
CAMBRIDGE, MASSACHUSETTS 02138-5736

(617) 661-9000

FAX (617) 661-2915

June 10, 2005

Mr. Stephen J. Flemmi
Register No. 02183-748
Federal Bureau of Prisons
In-Mate Monitoring Section
320 First Street, N.W. (Room 524)
Washington, D.C. 20534

Re:   Stephen M. Rakes, *et al.*
Vs:   United States, *et al.*
      <u>U.S. District Court Civil Action No. 02-10480</u>

Dear Mr. Flemmi:

Pursuant to the discovery orders previously outstanding in the above action, and in accordance with the **Order** of the court issued this same date allowing service of same upon counsel and parties, please find enclosed (subject to all the outstanding **protective orders** in this matter) the following complete motion filed with the court on June 3, 2005, on behalf of the Defendant John J. Connolly, Jr.:

1. INDIVIDUAL DEFENDANT JOHN J. CONNOLLY, JR.'S MOTION TO FILE ATTACHED EXHIBIT UNDER SEAL FOR *IN CAMERA* REVIEW, AND FOR LEAVE TO SERVE A COPY THEREOF TO COUNSEL AND PARTIES HERETO SUBJECT TO THE OUTSTANDING PROTECTIVE ORDERS PREVIOUSLY ENTERED BY THIS COURT.

Thank you for your cooperation in complying with the this intent of the protective orders previously issued in this matter, as they specifically are applicable to any and all disclosures of the enclosed documents.

Sincerely,

E. Peter Mullane

EPM/jeb
Enclosure (1)
cc:   Judith H. Mizner, Esq. (w/o enclosure)