UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME | ) | CR. NO. 04-10323-RGS |
| | ) | |

**JOINT MOTION FOR ORDER OF EXCLUDABLE DELAY**

Pursuant to 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, the parties hereby move that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time periods:

1.  The time period from August 17, 2005 through and including December 23, 2005, which is the time period between the District Court's hearing on defendant's discovery motion (filed July 5, 2005) and the newly proposed date for the parties to have submitted all motion filings including any supplementation and/or response to defendant's pending motion for discovery.  18 U.S.C. §3161(h)(1)(F).

2.  The time period from August 17, 2005 through and including November 23, 2005 which is the time period between the District Court's hearing on discovery related matters and is the additional time period needed by the defendant to review and analyze discovery prior to filing substantive motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the

defendant to adequately prepare this case for trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Furthermore, due to the nature of this prosecution, the parties agree that this case should be deemed a complex case under 18 U.S.C. §3161(h)(8)(B)(ii) because it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act.  Consequently, the parties agree that the time period from August 17, 2005 through and including December 23, 2005, which is the time period between the most recent hearing in this case and the newly proposed date for the parties to have submitted all motion filings, should be deemed excludable because it is in the interests of justice in this complex case and is the time period needed by the defendant to adequately prepare this case for trial.  18 U.S.C. § 3161(h)(8)(A) and 18 U.S.C. §3161(h)(8)(B)(ii).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: October 12, 2005        By: /s/ Brian T. Kelly
                                              Brian T. Kelly
                                              Fred M. Wyshak, Jr.
                                              Assistant U.S. Attorneys


Dated: October 12, 2005        By: /s/ Brian T. Kelly FOR
                                              Stephen J. Weymouth, Esq.
                                              Counsel for Defendant Salemme