```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
         v.                )
                           )
FRANCIS P. SALEMME         )   CR. NO. 04-10323-RGS
                           )
```

**JOINT MOTION FOR DATES TO FILE SUBSTANTIVE MOTIONS**

The parties hereby request that the Court set the following dates for substantive motions to be filed in this case:

1. The defendant will file substantive motions, including any supplementation of his pending discovery motion, on November 23, 2005;

2. The government will file its response to defendant's substantive motions, including any response needed to defendant's pending discovery motion, on December 23, 2005.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: October 12, 2005   By /s/ Brian T. Kelly
                              Brian T. Kelly
                              Fred M. Wyshak, Jr.
                              Assistant U.S. Attorneys


Dated: October 12, 2005   By:/s/ Brian T. Kelly FOR
                              Stephen J. Weymouth, Esq.
                              Counsel for Defendant Salemme
```