UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2005 NOV -1  A 11: 49 |
| ) | |
| ) | U.S. DISTRICT COURT |
| ) | DISTRICT OF MASS. |
| v. ) | C. A. NO. 04-CR-10323-RGS |
| ) | |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |
| ) | |

### MOTION FOR FUNDS TO PAY ARCHITECT

Now comes counsel for the defendant and requests this Court for leave to incur expenses needed to retain the services of an architect in this matter.

In support of this motion counsel states that he will need to retain the services of an architect in order to assist him in preparing this matter for trial. It is expected that there will be testimony concerning a room in a house located in Massachusetts. Counsel hopes to gain entry to the room in the house in order to take photographs and to make drawings. If not counsel will need to estimate the size and lay out of the room. In either event the services of an architect will be required.

/s/ Stephen J. Weymouth
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on October 31, 2005.

Stephen J. Weymouth

1