UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 NOV -1  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) C. A. NO. 04-CR-10323-RGS |
| FRANCIS P. SALEMME, Defendant | ) |

## MOTION FOR FUNDS TO PAY INVESTIGATOR

Now comes counsel for the defendant and requests this Court for leave to incur expenses needed to retain the services of an investigator in this matter.

In support of this motion counsel states that he will need to retain the services of an investigator in order to assist him in preparing this matter for trial. It is expected that the investigator will locate and interview witnesses and that the investigator will be required to travel out of state to interview witnesses as well as to investigate individuals that may be called as witnesses by the government. It is expected that the investigator will be required to work extensively with the Bureau of Prisons to locate and to interview incarcerated witnesses who may testify about some of the witnesses to be used by the government during the trial of this matter.

/s/ Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly by mail, on October 31, 2005.

Stephen J. Weymouth

1