UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:04-CR-10323-RGS |
| ) | |
| FRANCIS P. SALEMME, ) | |
| Defendant ) | |

## MOTION TO COMPEL

Now comes counsel for the defendant and requests this Court to compel the government to provide the materials that were requested by the defendant in the **Motion for Discovery** that was filed in July of 2005.

In support of this motion counsel for the defendant states that the **Motion for Discovery** was filed in July of 2005. The government has provided some of the materials requested in that motion. However, the government has failed to provide a large number of the documents, and the government has failed file a written response to the motion indicating what documents it will provide, what documents it will not provide and/or what documents it does or does not have in its possession. The defendant asserts that he is entitled to the requested documents immediately, and that the government has failed, without justification, to turn over these requested documents. The defendant needs the requested documents in order to properly prepare this matter for trial.

1

Counsel for the defendant requests that a hearing be held in connection with this motion. Counsel also requests that the defendant be transported to the court so he may participate with counsel at this hearing.

FRANCIS P. SALEMME

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on November 7, 2005.

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth

2