UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> ) <br> v.                                            ) <br> ) <br> FRANCIS P. SALEMME, ) <br> **Defendant**              ) <br> ) | CASE NO.   1:04-CR-10323-RGS |

## MOTION FOR DISCOVERY II

Now comes counsel for the defendant and requests that this Court to order the government to provide the following materials:

1. The complete FBI informant file for Stephen Joseph Flemmi.

2. The agreed statement of facts in connection with the matter of United States v. James Martorano.

3. A transcript of the change of plea hearing in the matter of United States v. James Martorano.

4. The agreed statement of facts in connection with the matter of United States v. John Martorano.

5. The agreed statement of facts in connection with the matter of United States v. John Martorano.

6. A statement of the rewards, promises and inducements made to Thomas Hillary, including financial payments, to secure Hillary's cooperation in this matter.

1

7. A statement of the rewards, promises and inducements made to Kevin Weeks, including financial payments, to secure Weeks's cooperation in this matter.

8. A complete list of the books seized from the prison cell of Roger Vella and presently being held at the United States Attorney's Office in Chicago. The books are noted in the document Bates stamped # 8026.

9. A statement of the rewards, promises and inducements made to Roger Vella, including financial payments, to secure Vella's cooperation in this matter.

10. A statement of the rewards, promises and inducements made to Robert DeLuca, including financial payments, to secure DeLuca's cooperation in this matter.

11. A statement of the rewards, promises and inducements made to Kenneth Guarino, including financial payments, to secure Guarino's cooperation in this matter.

12. A statement of the rewards, promises and inducements made to Stephen Joseph Flemmi, including financial payments, to secure Flemmi's cooperation in this matter.

13. A statement of the rewards, promises and inducements made to Robert Franchi, including financial payments, to secure Franchi's cooperation in this matter.

14. A statement of the rewards, promises and inducements made to Pasquale Galea, including financial payments, to secure Galea's cooperation in this matter.

15. A statement of the rewards, promises and inducements made to William St. Croix, including financial payments, to secure St. Croix's cooperation in this matter.

16. A statement of the rewards, promises and inducements made to Roland Wheeler, including financial payments, to secure Wheeler's cooperation in this matter.

17. The results of any and all forensic and/or scientific tests administered to Stephen Joseph Flemmi by the United States Attorney's office to determine the credibility of Stephen Joseph Flemmi.

FRANCIS P. SALEMME

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

**CERTIFICATE OF SERVICE**

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on November 7, 2005.

*/s/ Stephen J. Weymouth*
Stephen J. Weymouth

3