UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |  |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | NO: | 04-10323-RGS |
| | ) | | |
| FRANCIS P. SALEMME, Defendant | ) | | |

### MOTION TO CONTINUE FILING DATE

Now comes counsel for the defendant and requests that the date set for the filing of any and all dispositive motions be continued from the present filing date of November 23, 2005 until December 23, 2005.

In support of this motion counsel states that the government is still producing discovery documents. Counsel will need additional time to prepare these motions after reviewing the discovery documents.

Stephen J. Weymouth
/s/_____
Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
617-573-9598
BBO #523680

### CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the foregoing motion was served upon Assistant United States Attorney, Brian Kelly, by mail, on November 18, 2005.

_____
Stephen J. Weymouth