UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )
                                )
FRANCIS P. SALEMME              )        CR. NO. 04-10323-RGS
                                )

**JOINT MOTION TO EXTEND TIME FOR DATES TO FILE
SUBSTANTIVE MOTIONS AND TO EXCLUDE TIME**

The parties hereby request that the Court set the following
dates for substantive motions to be filed in this case:

1.  The defendant will file substantive motions, including
any supplementation of his pending discovery motions, on December
23, 2005;

2.  The government will file its response to defendant's
substantive motions, including any response needed to defendant's
pending discovery motions, on January 27, 2005.

Furthermore, the parties jointly request that the Court
enter an Order Of Excludable Delay excluding from its calculation
of the time within which the trial of this matter must commence
the following time period: November 23, 2005 through and
including January 27, 2006 which is the additional time period
needed by the defendant to review and analyze discovery prior to
filing substantive motions.  Accordingly, the ends of justice are
best served by this exclusion of time because this is the time
period needed by the defendant to adequately prepare this case
for trial, 18 U.S.C. § 3161(h)(8)(A), and  should be deemed

excludable because it is in the interests of justice in this complex case.  18 U.S.C. §3161(h)(8)(B)(ii).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: /s/ Brian T. Kelly
    Brian T. Kelly
    Fred M. Wyshak, Jr.
    Assistant U.S. Attorneys


By: /s/ Brian T. Kelly for
    Stephen J. Weymouth, Esq.
    Counsel for Defendant Salemme

Filed Electronically on November 22, 2005

2