**LAW OFFICES OF STEPHEN J. WEYMOUTH**
**65a ATLANTIC AVENUE**
**BOSTON, MA 02110**
**617-573-9598**
**Fax 617-367-1407**

November 18, 2005

Honorable Richard G. Stearns
District Judge
United States District Court
District of Massachusetts
United States Courthouse
One Courthouse Way
Boston, MA 02210

RE:   UNITED STATES v. FRANCIS P. SALEMME

Dear Judge Stearns:

    I have been informed by Mr. Salemme that he wants to discharge me as his attorney in the above referenced matter. I am requesting that you bring Mr. Salemme to court so this issue may be addressed and resolved.

    Thank you for your assistance and cooperation.

Very truly yours,

Stephen J. Weymouth

cc:   Brian Kelly, Esquire
       Francis P. Salemme