# STEVEN C. BOOZANG
ATTORNEY AT LAW
378 WASHINGTON STREET • WESTWOOD, MA 02090
TEL. 781-251-9991 • FAX 781-251-9997

November 25, 2005

The Honorable Richard G. Stearns
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   U.S. v. Salemme

Dear Judge Stearns:

    Pursuant to Attorney Stephen J. Weymouth's letter dated November 18, 2005 regarding Mr. Salemme's intention to discharge Attorney Weymouth, please be advised Mr. Salemme wishes to be heard prior to appointing successor counsel as he and his family have made preliminary arrangements regarding this issue which I wish to bring to your attention for consideration by the Court

    In addition, Mr. Salemme respectfully requests that I remain part of his defense because of my extensive background and investigation in preparing this matter for trial as well as his previous matter before Judge Wolf. Since Mr. Salemme and Attorney Weymouth have had a "complete breakdown of communication", he has asked that I be advised and attend any hearings or meetings along with him that take place concerning his welfare.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,

Steven C. Boozang

Cc:   Francis Salemme
      Stephen J. Weymouth, Esq.

# LAW OFFICE OF
# STEVEN C. BOOZANG
# 378 B WASHINGTON STREET
# WESTWOOD, MA 02090
# TEL: 781-251-9991
# FAX: 781-251-9997

| TO: The Honorable Judge Stearns | FAX #: (617) 748-9096 |
|---|---|
| FROM: Steven C. Boozang | Case # |
| DATE: 11/25/05 | NO. OF PAGES (incl cover): 1 |
| RE: U.S. v. Salemme | CC: |

**COMMENTS:**

Dear Judge Stearns:

Enclosed, please find my letter regarding the above-captioned matter.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Steven C. Boozang

Please call sender at the above telephone number if there is trouble in the transmission or if you do not receive all pages.

***Confidentiality Note***

THIS TELECOPY IS SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND CONTAINS CONFIDENTIAL INFORMATION FOR THE PERSON(S) NAMED ABOVE. ANY DISTRIBUTION, COPYING OR DISCLOSURE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AT THE ABOVE TELEPHONE NUMBER AND RETURN THE FACSIMILE BY MAIL.