UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
            v.                    )     CR. NO. 04-10323-RGS
                                  )
FRANCIS P. SALEMME                )
                                  )

### SUBMISSION RE: PROPOSED ORDER OF EXCLUDABLE DELAY

Pursuant to the Court's electronic Order dated November 28, 2005, attached hereto is a proposed order of excludable delay which is consistent with the parties' joint motion dated November 22, 2005.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: November 30, 2005      By:/s/ Brian T. Kelly
                                 Brian T. Kelly
                                 Fred M. Wyshak, Jr.
                                 Assistant U.S. Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
          v.                  )    CR. NO. 04-10323-RGS
                              )
FRANCIS P. SALEMME            )
                              )
```

**ORDER OF EXCLUDABLE DELAY**

The Court hereby enters an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: November 23, 2005 through and including January 27, 2006.

This is the additional time period needed by the defendant to review and analyze discovery prior to filing substantive motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and should be deemed excludable because it is in the interests of justice in this complex case. 18 U.S.C. §3161(h)(8)(B)(ii).

Dated: _____        _____
                          Honorable Richard G. Stearns
                          United States District Court Judge