UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10323-RGS |
| | ) | |
| FRANCIS P. SALEMME | ) | |
| | ) | |

## ORDER OF EXCLUDABLE DELAY

The Court hereby enters an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: November 23, 2005 through and including January 27, 2006.

This is the additional time period needed by the defendant to review and analyze discovery prior to filing substantive motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and should be deemed excludable because it is in the interests of justice in this complex case. 18 U.S.C. §3161(h)(8)(B)(ii).

Dated: 12-1-05.

_Richard G. Stearns_
Honorable Richard G. Stearns
United States District Court Judge