UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANCIS P. SALEMME )<br>) | CR. NO. 04-10323-RGS |

**JOINT MOTION TO EXTEND TIME FOR DATES TO FILE
SUBSTANTIVE MOTIONS AND TO EXCLUDE TIME**

The parties hereby request that the Court set the following dates for substantive motions to be filed in this case:

1.  The defendant will file substantive motions, including any supplementation of his pending discovery motions, on January 30, 2006;

2.  The government will file its response to defendant's substantive motions, including any response needed to defendant's pending discovery motions, on February 27, 2006.

Furthermore, the parties jointly request that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: December 22, 2005 through and including February 27, 2006 which is the additional time period needed by the defendant to review and analyze discovery prior to filing substantive motions.  Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and  should be deemed

excludable because it is in the interests of justice in this complex case. 18 U.S.C. §3161(h)(8)(B)(ii).

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

Dated: December 20, 2005        By: /s/ Brian T. Kelly
                                        Brian T. Kelly
                                        Fred M. Wyshak, Jr.
                                        Assistant U.S. Attorneys

                                      By: /s/ Brian T. Kelly FOR
                                        Stephen J. Weymouth, Esq.
                                        Counsel for Defendant Salemme