UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-CR10323-RGS

UNITED STATES OF AMERICA

V.

FRANCIS P. SALEMME

**ORDER ON**

**MOTION TO WITHDRAW AS COUNSEL**
**(Docket # 81)**

ALEXANDER, M.J.

The defendant, Francis Salemme, appeared before this Court on December 22, 2005, for a hearing on a motion by his counsel, Stephen Weymouth, to withdraw.[1] Mr. Salemme is also represented by Steven C. Boozang who, along with Mr. Weymouth, was present at the hearing. Assistant United States Attorney Brian T. Kelly was also present, on behalf of the government.

Mr. Weymouth was appointed to represent Mr. Salemme by this Court. The District Court then appointed a second counsel, Mr. Boozang. Now, Mr. Salemme

---

[1] Mr. Weymouth sent a letter to the Court indicating that Mr. Salemme wanted to discharge him and requesting a hearing on the matter. The District Judge treated the letter as a motion and referred it to this Court for a ruling and for appointment of new counsel if necessary.

wishes to discharge Mr. Weymouth and to have a different, second counsel appointed. Two attorneys, Kevin J. Reddington and Robert A. George, have indicated that they would accept appointment as counsel for Mr. Salemme. According to Mr. Boozang, and letters sent to the Court by Mssrs. Reddington and George, however, Mssrs. Reddington and George will only accept a joint appointment.

This Court will allow Mr. Weymouth to withdraw and agrees that new counsel should be appointed in his stead. Mr. Boozang asserted that exceptional circumstances exist in this case that require the appointment of more than one counsel, and, as noted, the District Court did appoint a second counsel. Whether, however, two new counsel should be appointed – that is, Mssrs. Redding and George, jointly – is within the discretion of the District Judge. Both Mr. Weymouth and Mr. Boozang are private counsel available for appointed pursuant to the Criminal Justice Act ("CJA panel attorneys"). Neither Mr. Reddington nor Mr. George, however, are CJA panel attorneys. Furthermore, the government noted that Mr. George currently represents an individual that the government plans to call as a witness.

If the District Judge wishes this Court to appoint one or two counsel, either CJA panel attorneys or not, this Court will do so immediately.

SO ORDERED.

12/27/05
Date



United States Magistrate Judge