LAW OFFICES OF
# KEVIN J. REDDINGTON

OF COUNSEL
STEPHANIE MARTIN GLENNON

December 16, 2005

BOARD CERTIFIED CRIMINAL TRIAL SPECIALIST

WILLIAMSBURG SQUARE
SUITE 203
1342 BELMONT STREET
BROCKTON, MASSACHUSETTS
02301

(508) 583-4280  (508) 580-6186
FAX (508) 588-2174
CELL (508) 726-4819
E-MAIL - kevinreddington@msn.com

Magistrate Joyce London Alexander
United States District Courthouse
1 Courthouse Way, Ste.7410
Boston, MA 02210

RE:    United States vs. Francis P. Salemme
       Criminal No. 1:04-CR-10323-RGS

Dear Magistrate Alexander:

        I am writing this letter to inform the Court that in the event the matter of counsel
in the above captioned matter is resolved to the satisfaction of the Court by way of
appointment of myself and Attorney Robert A. George jointly being appointed to
represent Mr. Salemme in conjunction with Steven C. Boozang then I would accept the
appointment. It is my understanding that this could be a determination to be made by the
Court based upon the exceptional circumstances presented in this case in order to serve
the best interests of justice, judicial economy, continuity in representation and/or based
on other compelling circumstances as I am not on the CJA list.

        Thank you for your attention.

                              Very truly yours,

                              Kevin J. Reddington

KJR/lam
cc: United States Attorney's Office
    Attorney Robert George

THE NATIONAL BOARD OF TRIAL ADVOCACY IS A PRIVATE
ORGANIZATION WHOSE STANDARDS ARE NOT REGULATED
BY THE COMMONWEALTH OF MASSACHUSETTS