# ROBERT A. GEORGE
## AND ASSOCIATES, P.C.
*Counsellors at Law*

ROBERT A. GEORGE

SUSAN JACOBSON
ADMINISTRATOR

SUBURBAN OFFICE
30 EASTBROOK ROAD
DEDHAM, MASSACHUSETTS 02026
TELEPHONE 781-326-2600

77 NEWBURY STREET
SUITE FOUR
BOSTON, MASSACHUSETTS 02116
TELEPHONE 617-262-6900  FAX 617-262-0046
E-MAIL RGEORGELAW@AOL.COM

OF COUNSEL

KEITH J. NICHOLSON
JOSEPH E. RIZZO
ROBERT N. LAUNIE
PAUL V. MARINO
STEPHEN T. DAVID

December 15, 2005

Magistrate Joyce London Alexander
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 7410
Boston, Massachusetts 02210

**Re: United States v. Francis P. Salemme
Criminal No. 1:04-CR-10323-RGS**

Dear Magistrate Alexander:

I am writing this letter to inform the Court that if the matter of counsel in the aforementioned matter is resolved to the satisfaction of the Court, that I will **jointly** accept the appointment in this case with Attorneys Kevin Reddington and Steven C. Boozang if the Court sees fit to appoint me based upon exceptional circumstances in order to serve the interests of justice, judicial economy, continuity in representation and/or based on some other compelling circumstance as I am not on the CJA List.

Very Truly Yours,

Robert A. George

RAG/shj