UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10323-RGS

UNITED STATES

VS.

FRANCIS P. SALEMME

NOTICE OF APPEARANCE

Now comes Kevin J. Reddington, Esq. and hereby enters an appearance on behalf of the above captioned defendant, Francis Salemme.

/s/ Kevin J. Reddington
Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, Massachusetts 02301
(508) 583-4280
BBO #414160