UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10323-RGS |
| ) | |
| FRANCIS P. SALEMME ) | |
| ) | |

**JOINT MOTION TO EXTEND TIME FOR DATES
TO FILE SUBSTANTIVE MOTIONS AND TO EXCLUDE TIME**

The parties hereby request that the Court set the following dates for substantive motions to be filed in this case:

1. The defendant will file substantive motions, including any supplementation of his pending discovery motions, on April 24, 2006;

2. The government will file its response to defendant's substantive motions, including any response needed to defendant's pending discovery motions, on May 22, 2006.

Furthermore, the parties jointly request that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: February 27, 2006 through and including May 22, 2006 which is the additional time period needed by the defendant (and newly appointed counsel) to review and analyze discovery prior to filing substantive motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the

defendant and new counsel to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and should be deemed excludable because it is in the interests of justice in this previously designated complex case.  18 U.S.C. §3161(h)(8)(B)(ii).

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

Dated: February 27, 2005        By: /s/ Brian T. Kelly
                                            Brian T. Kelly
                                            Fred M. Wyshak, Jr.
                                            Assistant U.S. Attorneys


                                          By: /s/ Brian T. Kelly For
                                            Robert A. George, Esq.
                                            Steven C. Boozang, Esq.
                                            Kevin J. Reddington, Esq.
                                            Counsel for Defendant Salemme


CERTIFICATE OF SERVICE

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                            /s/ Brian T. Kelly
                                            BRAIN T. KELLY
                                            Assistant U.S. Attorney