UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>FRANCIS P. SALEMME,    )<br>    Defendant      )<br>)<br>) | CASE NO.   04-CR-10323-RGS |

### MOTION FOR ACCESS TO DOCUMENTS PRODUCED
### IN CRIMINAL ACTION NO. 94-CR-10287-MLW

Now comes counsel for Francis P. Salemme and respectfully requests this Court to allow his attorneys Robert A. George, BBO # 189400 and Kevin J. Reddington, BBO # 414160, access to the documents that were produced in the cases of United States v. Francis P. Salemme (Docket No.: 94-CR-10287-MLW) and United States v. Francis P. Salemme (.Docket No. 04-CR-10323-RGS).  Counsel are seeking to be deemed "Authorized Individual(s)" pursuant to the guidelines set forth in the Protective Order entered in the case of United States v. Salemme Cr. No. 94-10287-MLW.

Counsel George and Reddington, along with Attorney Steven C. Boozang, will represent Mr. Salemme at trial and therefore will need to review the documents produced by the government and other entities during the discovery phase of the proceeding before Judge Wolf.  Such a motion has been previously allowed in regard to prior counsel Stephen J. Weymouth and Attorney Boozang for these same reasons.

Accordingly, Attorneys George and Reddington request similar permission of the Court to review these documents.  Counsel understands that they would become subject

1

to any and all protective orders previously set forth by the Court and are only interested in reviewing any document that may be helpful to their defense of Francis Salemme. Counsel for Francis Salemme would of course become subject to the protective order set forth by Judge Wolf. Counsel for Mr. Salemme is only interested in reviewing any document that may be helpful to his defense of Francis Salemme. The allowance of this motion is essential and critical to Mr. Salemme's rights to a fair trial, confrontation, due process and a full and effective defense pursuant to the United States Constitution.

Respectfully Submitted,
**FRANCIS P. SALEMME,**
By His Attorneys,

_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

_____
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991