**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CASE NO.    1:04-CR-10323-RGS |
| ) | |
| **FRANCIS P. SALEMME,** ) | |
| **Defendant** ) | |
| ) | |

**MOTION FOR ACCESS TO DOCUMENTS PRODUCED**
**IN CIVIL ACTION NO. 02-10890-NG**

Now comes counsel Robert A. George and Kevin J. Reddington for Francis P. Salemme and respectfully requests that this Court to allow them access to some of the documents produced in a civil matter presently pending before Judge Gertner (Docket No.: 02-10890-NG). On November 17, 2004, Judge Gertner entered a Protective Order excluding access to documents produced during the discovery phase of the matter by anyone other than people listed in the categories set forth in the protective order. Current counsel for Mr. Salemme are not included in any of these categories.

In support of this motion, counsel state they understand that one of the attorneys in 02-10890-NG contacted previous counsel Stephen J. Weymouth to state that some of the documents he had received may be exculpatory to the defendant in the instant proceeding. The attorney, of course, has not shared copies of the documents with any counsel for Mr. Salemme because of the protective order. Counsel for Mr. Salemme are requesting that they be included in one of the categories listed in the protective order so that they may review those documents, if any, that are or may be exculpatory to the defendant in the case at bar.

1

2

Counsel understand that they would become subject to the protective order set forth by Judge Gertner. Counsel for Mr. Salemme are only interested in reviewing any document that may be helpful to their defense of Francis Salemme.

    Respectfully Submitted,
**FRANCIS P. SALEMME,**
By His Attorneys,

_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

_____
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991