UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CR. NO. 04-10323-RGS
                            )
FRANCIS P. SALEMME          )
                            )

## GOVERNMENT'S CONSOLIDATED RESPONSE TO NEW COUNSEL'S MOTION FOR ACCESS TO DOCUMENTS IN TWO OTHER CASES

New counsel recently appointed to represent defendant Francis Salemme have requested access to sealed documents in two other cases. For the reasons set forth below, the government does not oppose these requests provided an appropriate order is also obtained from the U.S. District Court Judges assigned to those cases.

Attorneys Robert George and Kevin Reddington are requesting access to documents in two cases. The first case is a civil matter assigned to the Honorable Nancy Gertner - Civil Action No. 02-10890-NG. Judge Gertner issued a protective order in that matter on November 17, 2004 (a copy is attached hereto as Exhibit A). Defense counsel have advised that they are seeking access to a limited number of documents which another attorney has suggested may be helpful to defendant Salemme's defense in the above captioned case. Moreover, defense counsel have advised that they will provide government counsel with copies of whatever documents they obtain in Civil Action No. 02-10890-NG. Accordingly, the

government does not oppose this request provided that an appropriate order is also obtained from Judge Gertner.

The second case is a criminal matter assigned to the Honorable Mark L. Wolf - Criminal Action No. 94-10287-MLW. Defense counsel have advised that they are seeking access to certain transcripts and perhaps several documents which are currently in the possession of defendant Salemme's former attorney, Anthony Cardinale, Esq., and which defendant Salemme believes may be helpful to his defense in the above captioned case. Defense counsel have advised that they will provide government counsel with a specific list of whatever documents or transcripts they obtain from attorney Cardinale relating to Criminal Action No. 94-10287-MLW. Accordingly, the government does not oppose this request provided that an appropriate order is also obtained from Judge Wolf. Previously, attorney Stephen Weymouth was permitted access to these materials pursuant to an order by Judge Wolf dated February 28, 2005 (a copy is attached hereto as Exhibit B). Subsequently, pursuant to a motion filed by attorney Weymouth on May 10, 2005 (a copy is attached hereto as Exhibit C), permission was obtained from this Court for attorney Steven Boozang to also have access to the subject documents. Attorney Boozang does not appear to have been specifically named in any order by Judge Wolf on this matter. Thus, for the sake of clarity, it is respectfully recommended that any subsequent order granting access to these documents include all

three of defendant Salemme's current lawyers: Robert George, Kevin Reddington and Steven Boozang.

Finally, it should be noted that there is a protective order in place in this case pertaining to discovery materials which was issued by the Honorable Richard G. Stearns on June 22, 2005 (a copy is attached hereto as Exhibit D).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

DATED: April 10, 2006     By: /s/ Brian T. Kelly
                              BRIAN T. KELLY
                              FRED M. WYSHAK, JR.
                              Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney