UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
v.                                )  CR. NO. 04-10323-RGS
                                  )
                                  )
FRANCIS P. SALEMME                )

_____

### DEFENDANT'S MOTION FOR CONTINUANCE OF FILING DATE FOR MOTIONS UNTIL ACCESS TO DOCUMENTS IS ALLOWED IN TWO OTHER CASES

_____

New counsel recently appointed to represent defendant Francis P. Salemme have requested access to sealed documents in two other cases. These requests have not yet been granted by this Court, and as a result, counsel cannot prepare and complete its discovery motions in this case, nor can it adhere to a motions filing date of April 24, 2006 without such access.  Accordingly, counsel seeks a postponement of the currently scheduled filing date to reasonable date subsequent to this Court's allowance of current counsel's motion for access to all the available discovery in this and other related cases.

For the sake of clarity, defense counsel sought access to a limited number of documents which another attorney has suggested may be helpful to defendant Salemme's defense in the above captioned case. Defense counsel additionally seek

access to certain transcripts and perhaps several documents
which are currently in the possession of defendant
Salemme's former attorney, Anthony Cardinale, Esq., and
which defendant Salemme believes may be helpful to his
defense in the above captioned case.

Until this Court facilitates access to these
materials, counsel cannot fully and competently prepare the
necessary pre-trial motion in this matter.

Respectfully Submitted,
**FRANCIS P. SALEMME,**
By His Attorneys,

_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

_____
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991

## CERTIFICATE OF SERVICE

I, Robert A. George, counsel for the Defendant, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on April 25, 2006.

_____
Robert A. George