```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
|                                 ) | |
|     v.                            ) | Cr. No. 94-10287-MLW |
|                                 ) | |
| FRANCIS P. SALEMME, et al.    ) | |

<u>ORDER</u>

WOLF, D.J.                                                    May 3, 2006

    The Court received from Judge Richards Stearns the attached Motion for Access to Documents in Criminal Action No. 94-CR-10287-MLW. The Motion seeks access to documents produced in discovery in this case, subject to the limitations imposed in connection with a request by predecessor counsel for defendant Francis Salemme in Cr. No. 10323-RGS, and the limitations imposed in connection with comparable requests in other cases. The government does not oppose the Motion if an appropriate order is obtained from this court.

    Accordingly, it is hereby ORDERED that:

    1. Robert George, Esq. and Kevin Reddington, Esq. are each deemed an "Authorized Individual" for the purpose of the Protective Order included in paragraph 9 of the Order entered in this case on June 26, 1997 and amended on December 29, 1997. <u>See</u> <u>United States v. Salemme</u>, 978 F. Supp. 386, 389-90 (D. Mass. 1997); <u>United States v. Salemme</u>, 1997 WL 810057 *4 (D. Mass. Dec. 29, 1997).

    2. The foregoing Protective Order shall not operate to bar the use of any documents or information subject to it in <u>United States v. Francis P. Salemme</u>, 04-CR-10323-RGS, subject to any restrictions Judge Stearns may impose in that case.

3. This Order does not affect any transcript, or portion of any transcript, that is under seal in this case. Any request to unseal any such transcript, or to disclose information contained in any such transcript, shall be made to, and will be decided by, this court.

4. A copy of this Order shall be provided to Judge Stearns and to counsel in the <u>Salemme</u> case now assigned to him, 04-CR-10323-RGS.

<pre>
                                /s/ MARK L. WOLF
                                UNITED STATES DISTRICT JUDGE
</pre>