UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CR. NO. 1:04-CR-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME,
Defendant.

_____

**MOTION FOR PERMISSION TO BILL ON AN INTERIM MONTHLY BASIS
AND FOR COURT AUTHORIZATION TO INCUR EXPENSES**
_____

Counsel hereby petitions this Court for permission to bill this case on an interim monthly basis and in excess of the statutory case compensation maximum for the following reasons because:

1. This case is complex because the legal and factual issues are unusual, thus requiring the expenditure of more time, skill and effort by counsel than would normally be required in an average case, as this Court has previously found;

2. This case is extended because more time is reasonably required for total processing than the average case;

3. The total number of hours required to handle this case, review discovery materials, perform legal

      research, draft motions, compose legal memoranda, conduct investigation and undertake case preparation necessitate this motion for fair compensation and are issues relevant and material to a determination of a fair and reasonable fee;

4.   The novelty of legal issues, the factual complexity of the case, the magnitude and importance of the matter, the extraordinary amount of time required to handle this case and other factors necessitate this motion for fair compensation and are additional issues relevant and material to a determination of a fair and reasonable fee.

    The aforementioned factors have been set forth in Paragraph 2.22C(2) of the *Guidelines for the Administration of the Criminal Justice Act (CJA Guidelines), Volume VII, Guide to Judiciary Policies and Procedures* as noteworthy reasons for the allowance of such a request.

    It is further submitted that this Court has previously allowed a motion for permission to bill on an interim basis on March 2, 2005 and this Court also determined that this matter is a complex case on July 20, 2005.  It is further proposed that successor counsel was appointed on January 24, 2006 to represent the defendant and has not yet filed a claim for compensation for expenses in this matter.

Counsel cannot bill in this matter until the Court rules on this Motion.

                Respectfully Submitted,
**FRANCIS P. SALEMME,**
By His Attorneys,

*Robert A. George /shj/*
_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

*Kevin R. Reddington/shj/*
_____
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

*Steven C. Boozang/shj/*
_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991

**CERTIFICATE OF SERVICE**

I, Robert A. George, hereby certify that on May 24, 2006 that I served a copy of the foregoing ***Motion for Permission to Bill on an Interim Monthly Basis and for Court Authorization to Incur Expenses*** via electronic filing upon counsel for the Government as well as upon counsel for the co-defendants.

*Robert A. George/shj/*
Robert A. George