UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 04-10323-RGS |
| ) | |
| FRANCIS P. SALEMME ) | |
| ) | |

**GOVERNMENT'S SUBMISSION OF EXCLUDABLE DELAY ORDER**

In accord with the Court's recent order, the government hereby respectfully submits a proposed excludable delay order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: May 30, 2006     By: /s/ Brian T. Kelly
Brian T. Kelly
Fred M. Wyshak, Jr.
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

Suffolk, ss.                            Boston, Massachusetts
                                        May 30, 2006

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney