UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>FRANCIS P. SALEMME     )<br>) | CR. NO. 04-10323-RGS |

### ORDER OF EXCLUDABLE DELAY

In accordance with 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time period be excluded from the calculation of the time within which the trial of this matter must commence:

a. The time period from May 23, 2006 through July 28, 2006, which is the additional time period needed by the defendant (and recently appointed counsel) to review and analyze discovery prior to filing substantive motions and the time period scheduled for the government to respond to such motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the parties to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and because this is a complex case, 18 U.S.C. § 3161(h)(8)(B)(ii).

SO ORDERED.

/s/ Richard G. Stearns
HONORABLE RICHARD G. STEARNS
U.S. DISTRICT COURT JUDGE

Dated: 5-31-06.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 04-10323-RGS |
| ) | |
| FRANCIS P. SALEMME ) | |
| ) | |

**GOVERNMENT'S SUBMISSION OF EXCLUDABLE DELAY ORDER**

In accord with the Court's recent order, the government hereby respectfully submits a proposed excludable delay order.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: May 30, 2006       By: /s/ Brian T. Kelly
                                Brian T. Kelly
                                Fred M. Wyshak, Jr.
                                Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

Suffolk, ss.                     Boston, Massachusetts
                                 May 30, 2006

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney