```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FRANCIS P. SALEMME | ) | CR. NO. 04-10323-RGS |
| | ) | |

**JOINT MOTION TO EXTEND TIME FOR DATES TO FILE SUBSTANTIVE MOTIONS AND FOR ORDER OF EXCLUDABLE DELAY**

The parties hereby request that the Court set the following dates for substantive motions to be filed in this case:

1. The defendant will file substantive motions, including any supplementation of his pending discovery motions, on August 25, 2006;

2. The government will file its response to defendant's substantive motions, including any response needed to defendant's pending discovery motions, on September 29, 2006.

Furthermore, the parties jointly request that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: July 28, 2006 through and including September 29, 2006 which is the additional time period needed by the defendant and counsel to review and analyze voluminous discovery prior to filing substantive motions.

Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the defendant and counsel to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and should be deemed excludable

because it is in the interests of justice in this previously designated complex case.  18 U.S.C. §3161(h)(8)(B)(ii).  A proposed order of excludable delay is attached hereto as Exhibit A.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

Dated: July 19, 2006          By: /s/ Brian T. Kelly
                                      Brian T. Kelly
                                      Fred M. Wyshak, Jr.
                                      Assistant U.S. Attorneys


                                  By: /s/ Brian T. Kelly For
                                      Robert A. George, Esq.
                                      Steven C. Boozang, Esq.
                                      Kevin J. Reddington, Esq.
                                      Counsel for Defendant Salemme


**CERTIFICATE OF SERVICE**

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                      /s/ Brian T. Kelly
                                      BRIAN T. KELLY
                                      Assistant U.S. Attorney