UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>FRANCIS P. SALEMME    )<br>) | CR. NO. 04-10323-RGS |

**ORDER OF EXCLUDABLE DELAY**

In accordance with 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time period be excluded from the calculation of the time within which the trial of this matter must commence:

a. The time period from September 27, 2006 through October 27, 2006, which is the additional time period needed by the defendant and counsel to review and analyze voluminous discovery prior to filing substantive motions and the time period scheduled for the government to respond to such motions. Accordingly, the ends of justice are best served by this exclusion of time because this is the time period needed by the parties to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and because this is a complex case, 18 U.S.C. § 3161(h)(8)(B)(ii).

SO ORDERED.

_____
HONORABLE RICHARD G. STEARNS
U.S. DISTRICT COURT JUDGE

Dated: