```
                                              FILED
                                         IN CLERKS OFFICE

         UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS    2006 DEC 15  P 3:26

         NO. 1:04-CR-10323-RGS   U.S. DISTRICT COURT
                                 DISTRICT OF MASS.

         UNITED STATES OF AMERICA

                       v.

         FRANCIS P. SALEMME,
              Defendant.
```

## MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Now comes the defendant Francis P. Salemme in the aforementioned case and moves this Honorable Court for leave to file the following documents **under seal** in this case:

1. Motion to Dismiss and Memorandum with Attachments;

2. Defendant's Motion to Suppress Statements and Memorandum with Attachments.

As reason therefor, the defendant submits that many of references and attachments contained in these documents derive from material which has previously been ordered sealed in this case and in other criminal matters, including but not limited to, documents that were produced in the of <u>United States v. Francis P. Salemme</u>, Cr. No. 94-10287-MLW and which has not been publicly released in any

other proceeding. This motion is made in accordance with the restrictions set forth by this Court in its previously issued ruling in this case regarding counsel's access to such sealed documents.

        Respectfully Submitted,
**FRANCIS P. SALEMME,**
By his attorneys,

_/s/ Robert A. George_
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

_/s/ Kevin R. Reddington (shg)_
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

_/s/ Steven C. Boozang (shg)_
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991

### CERTIFICATE OF SERVICE

    I, Robert A. George, hereby certify that on December 15, 2006 that I served a copy of the foregoing **Motion for Leave to File Documents under Seal** in hand upon counsel for the Government.

_/s/ Robert A. George_
Robert A. George, Esquire

-2-