UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 1:04-CR-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME,
Defendant.

## DEFENDANT'S MOTION TO RECUSE ASSISTANTS UNITED STATES ATTORNEY KELLY AND WYSHAK FROM HANDLING THIS CASE

Now comes the defendant Francis P. Salemme and moves this Honorable Court to order the recusal of both Assistants United States Attorney Brian Kelly and Frederick Wyshak from handling the aforementioned case since both parties are essential witnesses in the presentation and litigation of the defendant's <u>Motion to Suppress</u> and <u>Motion to Dismiss</u> in this case. For reasons apparent from the reading of both motions, it is contended that both of these attorneys will be called by the defendant to offer testimony on the issues raised in those submissions.

A memorandum of law on this motion will be submitted to the Court if the Government opposes this motion after a review of the materials filed under seal on this date.

Accordingly, it is moved that this Court set a schedule on this issue after the filing of the Government's responses to motions filed this date on or about January 26, 2006.

Dated: December 15, 2006          Respectfully submitted,
                                  **FRANCIS P. SALEMME**,
                                  By his attorneys,

                                  _____
                                  Robert A. George, Esquire
                                  BBO # 189400
                                  77 Newbury Street
                                  Suite 4
                                  Boston, Massachusetts 02116
                                  617-262-6900


                                  Kevin R. Reddington (shy)
                                  _____
                                  Kevin R. Reddington, Esquire
                                  BBO 414160
                                  1342 Belmont Street
                                  Suite 203
                                  Brockton, Massachusetts 02641
                                  508-583-4280


                                  Steven C. Boozang (shy)
                                  _____
                                  Steven C. Boozang, Esquire
                                  BBO # 659216
                                  450 Washington Street
                                  Suite LL9
                                  Dedham, Massachusetts 02026
                                  781-251-9991


**CERTIFICATE OF SERVICE**

I, Robert A. George, hereby certify that on December 15, 2006 that I served a copy of the foregoing Motion to Recuse in hand upon counsel for the Government.

_____
Robert A. George, Esquire