UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10323-RGS |
| | ) | |
| FRANCIS P. SALEMME | ) | |

**GOVERNMENT'S MOTION TO EXTEND TIME FOR DATE TO FILE RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS  ASSENTED TO**

The government respectfully requests that the Court extend the time for it to respond to defendant's pretrial motions. Specifically, the government respectfully requests that a new response deadline of March 2, 2007 be scheduled. Government counsel needs the additional time in order to adequately respond to the defendant's voluminous motions. Defense counsel does not object to this motion. Moreover, the parties acknowledge that, pursuant to 18 U.S.C. §3161(h)(1)(F), the Speedy Trial clock has been stopped by the filing of defendant's pretrial motions on December 15, 2006 and the appropriate motion memorializing that exclusion of time will be filed after the disposition of said motions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: January 26, 2007        By:    /s/ Brian T. Kelly
Brian T. Kelly
Fred M. Wyshak, Jr.
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

/s/ Brian T. Kelly
BRIAN T. KELLY
Assistant U.S. Attorney