UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>FRANCIS P. SALEMME )<br>) | CR. NO. 04-10323-RGS |

**GOVERNMENT'S MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S PRETRIAL MOTIONS AND FOR ORDER OF EXCLUDABLE DELAY**
**(ASSENTED TO)**

The government hereby respectfully requests that the Court grant an extension of time for the government to file its response to defendant's pretrial motions. Defense counsel has assented to this motion.

Specifically, the government would respectfully request a new response date of April 13, 2007 (the current response date is March 2, 2007). This extension will permit the government to have adequate time to properly research and respond to defendant's voluminous pretrial motions and, hence, is in the interests of justice.

Furthermore, the parties jointly request that the Court enter an Order Of Excludable Delay excluding from its calculation of the time within which the trial of this matter must commence the following time period: December 15, 2006 through and including April 13, 2007. This time is excludable for several reasons: (a) pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice are best served by this exclusion of time because this is the time period

needed by the government to adequately prepare its response to defendant's pretrial motions which were filed on December 15, 2006; (b) pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), this case has previously been designated a complex case; and (c) pursuant to 18 U.S.C. §3161(h)(1)(F), pretrial motions are pending. A proposed order of excludable delay is attached hereto as Exhibit A.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

Dated: March 1, 2007            By: /s/ Brian T. Kelly
                                        Brian T. Kelly
                                        Fred M. Wyshak, Jr.
                                        Assistant U.S. Attorneys


                          CERTIFICATE OF SERVICE

Suffolk, ss.                           Boston, Massachusetts
                                        March 1, 2007

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                        /s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        Assistant U.S. Attorney