# EXHIBIT

# A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| FRANCIS P. SALEMME ) | CR. NO. 04-10323-RGS |
| ) | |

**ORDER OF EXCLUDABLE DELAY**

In accordance with 18 U.S.C. § 3161 and Rule 112.2 of the Local Rules of the United States District Court, this Court hereby ORDERS that the following time period be excluded from the calculation of the time within which the trial of this matter must commence:

a. The time period from December 15, 2006 through April 13, 2007, which is the time period from the date defendant filed his pretrial motions through the time period needed by the government to properly research and respond to defendant's pretrial motions. Accordingly, this time is excludable for several reasons: (a) pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice are best served by this exclusion of time because this is the time period needed by the government to adequately prepare its response to defendant's pretrial motions which were filed on December 15, 2006; (b) pursuant to 18 U.S.C. §3161(h)(8)(B)(ii), this case has previously been designated a complex case; and (c) pursuant to 18 U.S.C. §3161(h)(1)(F), pretrial motions are pending.

SO ORDERED.

_____
HONORABLE RICHARD G. STEARNS
U.S. DISTRICT COURT JUDGE

Dated: