UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
              v.                )
                                )
FRANCIS P. SALEMME              )    CR. NO. 04-10323-RGS
                                )

### JOINT MOTION TO CONTINUE HEARING ON PRETRIAL MOTIONS

The parties hereby respectfully request that the Court continue the date of the hearing on the defendant's pretrial motions.  The hearing is currently scheduled to occur on June 7, 2007, but the parties respectfully request a new date of July 18, 2007 at 3:15 p.m.

The parties also agree that this additional time period should be deemed excludable for Speedy Trial purposes because there are pretrial motions pending, 18 U.S.C. §3161(h)(1)(F), and because this case has previously been designated a complex case. 18 U.S.C. §3161(h)(8)(B)(ii).  The parties will submit the appropriate motion and a proposed excludable delay order after the disposition of the pretrial motions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: May 25, 2007        By: /s/ Brian T. Kelly
                               Brian T. Kelly
                               Fred M. Wyshak, Jr.
                               Assistant U.S. Attorneys

Dated: May 25, 2007                    By: /s/ Brian T. Kelly
                                           Robert A. George, Esq.
                                           Kevin J. Reddington, Esq.
                                           Steven C. Boozang, Esq.
                                           Counsel for Defendant Salemme

## CERTIFICATE OF SERVICE

Suffolk, ss.                                            Boston, Massachusetts
                                                        May 25, 2007

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                           /s/ Brian T. Kelly
                                           BRIAN T. KELLY
                                           Assistant U.S. Attorney