UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) CR. NO. 04-10323-RGS |
| | ) |
| | ) |
| **FRANCIS P. SALEMME,** | ) |
| **Defendant.** | ) |

_____

**DEFENDANT'S MOTION FOR CONTINUANCE OF HEARING DATE**
_____

Now comes the defendant Francis P. Salemme, with the assent of the Government, and moves this Honorable Court for a postponement of the currently scheduled hearing date to either August 24 or 27, 2007 in order to accommodate the conflicting court and personal schedules of defense counsel, particularly Mr. Reddington, who is on trial in Brockton Superior Court. The defendant agrees that the length of said continuance should be excluded in the time calculations under the Speedy Trial Act.

Respectfully Submitted,
**FRANCIS P. SALEMME,**
By His Attorneys,

*/s/Robert A. George*
_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

- 2 -

*/s/Kevin R. Reddington*
_____
Kevin R. Reddington, Esquire
BBO 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

*/s/Steven C. Boozang*
_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991

**ASSENTED TO:**
**UNITED STATES OF AMERICA,**
By its counsel,

*/s/Brian Kelly*
_____
Brian Kelly, Esquire
Assistant United States
Attorney
J.J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts
617-748-3000

**CERTIFICATE OF SERVICE**

I, Robert A. George, counsel for the Defendant, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on July 17, 2007.

*/s/Robert A.George*
_____
Robert A. George, Esq.