UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Cr. No. 04-10323-RGS |
| FRANCIS P. SALEMME,<br>    Defendant. | ) |

GOVERNMENT'S MOTION FOR FOSTER HEARING

Pursuant to United States v. Foster, 469 F.2d 1 (1st Cir. 1972), the government respectfully requests that defendant Salemme be advised at today's hearing about the possibility of a conflict with his counsel, Robert George, Esq.  Specifically, attorney George has previously represented defendant Salemme's brother, John "Jackie" Salemme, in other criminal cases.  While John Salemme is not a defendant in this case (and therefore Foster warnings may not technically be necessary[1]), John Salemme is believed by government investigators to have been present (along with defendant Frank Salemme and others) when Stephen DiSarro was murdered.

The indictment in this case (charging obstruction of justice and false statements) arises from defendant Frank Salemme's misrepresentations to government investigators regarding his knowledge of DiSarro's disappearance and murder - including a denial of his (and his brother's) involvement in the DiSarro murder matter. Thus, because attorney George has previously represented

---

[1] United States v. Sotomayer-Vazquez, 249 F.3d 1, 16 (1st Cir.), rehearing en banc denied (2001)(citing United States v. Bucuvalas, 98 F.3d 652, 655-56(1st Cir. 1996)

the defendant's brother in criminal matters and may still have an ongoing attorney/client relationship with him, it needs to be clear on the record that defendant Frank Salemme is waiving any potential conflict that may exist with attorney George also representing him (Frank Salemme) in the pending case.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

DATED: August 27, 2007       By:   /s/ Brian T. Kelly
                                            FRED M. WYSHAK, JR.
                                            BRIAN T. KELLY
                                            Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

Suffolk, ss.                                      Boston, Massachusetts
                                                  August 27, 2007

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                    /s/ Brian T. Kelly
                                                  BRIAN T. KELLY
                                                  Assistant U.S. Attorney