UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME

ORDER ON DEFENDANT'S PRETRIAL MOTIONS

August 29, 2007

STEARNS, D.J.

After a hearing held August 27, 2007, the court orders as follows.

(1) The parties will confer on all outstanding discovery matters and on or before September 19, 2007, will file a joint report identifying with specificity any remaining discovery disputes that require a ruling by the court.

(2) Defendant's request for an evidentiary hearing on the motion to suppress is GRANTED in part. The hearing will be limited to the issue of the voluntariness of defendant's statements in the context of his proffer agreement and interview. Defendant will identify those witnesses that he wishes to call on or before September 19, 2007. The court sees no need for the testimony of either of the Assistant U.S. Attorneys now prosecuting the case absent some exceptional disclosure during the course of the hearing.

(3) A ruling on defendant's motion to dismiss will be deferred pending the court's ruling on the motion to suppress.

(4) The Clerk will confer with the parties as to a convenient date or dates for the scheduling of the evidentiary hearing after the intended witness list is filed and the court

has had an opportunity to rule on the objections, if any, to the calling of any of the proposed witnesses.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE