UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Cr. No. 04-10323-RGS |
| FRANCIS P. SALEMME,<br>                    Defendant. | ) ) ) ) | |

JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DISCOVERY REPORT

Pursuant to the Court's order dated August 29, 2007, the parties must confer regarding discovery matters and file a report with the Court by September 19, 2007. Due to scheduling conflicts among counsel, the parties need more time in which to file such a report. The parties jointly request a new filing date of October 5, 2007.

Respectfully submitted,

MCHAEL J. SULLIVAN
United States Attorney

By: /s/ Brian T. Kelly
FRED M. WYSHAK, JR.
BRIAN T. KELLY
Assistant U.S. Attorneys

DATED: September 14, 2007

By: /s/ Robert A. George by Brian T. Kelly
Robert A. George, Esq.
Steven C. Boozang, Esq.
Kevin J. Reddington, Esq.
Counsel for Defendant Salemme

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                                                          Boston, Massachusetts
                                                                                                            September 14, 2007

     I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                       /s/ Brian T. Kelly
                                                       BRIAN T. KELLY
                                                       Assistant U.S. Attorney