UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 04-10323-RGS |
| ) | |
| FRANCIS P. SALEMME ) | |
| ) | |

**JOINT SUBMISSION RE:DISCOVERY ISSUES**

Pursuant to the Court's Order dated August 29, 2007, the parties hereby advise that counsel have met and conferred regarding the pending discovery issues. As a result of this conference, there are no discovery disputes which require a ruling by the Court at this time. A copy of the government's most recent discovery letter, without enclosures, is attached to this submission.

The parties respectfully request that defendant's discovery motion remain pending until the parties agree that discovery is complete.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: October 1, 2007    By:    /s/ Brian T. Kelly
Brian T. Kelly
Fred M. Wyshak, Jr.
Assistant U.S. Attorneys

Dated: October 1, 2007    By:    /s/ Brian T. Kelly For
Robert A. George, Esq.
Kevin J. Reddington, Esq.
Steven C. Boozang, Esq.
Counsel for Defendant Salemme

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                                    Boston, Massachusetts
                                                                                October 1, 2007

     I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                     /s/ Brian T. Kelly
                                                   BRIAN T. KELLY
                                                   Assistant U.S. Attorney