

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     John Joseph Moakley United States Courthouse
                                     1 Courthouse Way
                                     Suite 9200
                                     Boston, Massachusetts  02210

September 26, 2007

Robert A. George, Esq.
77 Newbury Street
Boston, MA 02116

Kevin J. Reddington, Esq.
1342 Belmont Street, Suite 203
Brockton, MA 02301

Steven C. Boozang, Esq.
450 Washington St.
Dedham, MA 02026

    Re:   <u>U.S. v. Francis P. Salemme</u>
           04-10323-RGS

Dear Counsel:

    As a follow-up to our recent discovery meeting, enclosed please find additional FBI surveillance reports from May of 1993 (**BS# 8423-8435**). Moreover, as discussed, enclosed please find an excerpt of an FBI affidavit relating to a 1993 T-III which targeted, inter alia, Frank Salemme (**BS# 8436-8444**)- it lists all relevant surveillances by the FBI in May of 1993.

    It is our understanding that you will provide us with a list of the Westwood, MA police reports that are illegible or missing from your inventory; we will provide them to you promptly once they are identified.

    We also agreed that there is substantial Giglio impeachment material to be produced regarding potential witness XXXXXXXXXXX if the Court grants our motion in limine and permits us to call him as a witness at trial.  We will make an effort to collect those materials now and produce them to you sooner than the discovery rules require. Additionally, under Local Rule 116.7, we understand there is a duty to supplement with respect to our anticipated trial witnesses and will do so in the coming weeks.

    Moreover, for your convenience, we are hereby providing you with our own Discovery Index to facilitate your review and analysis of the approximate 8,500 documents produced to date.  Please be advised that it was prepared by a paralegal and we cannot guarantee 100% accuracy

in its description of all the documents.

Additionally, with respect to your request for a complete list of the books seized from the prison cell of Roger Vella, the following books were seized:

1. "The Boys from New Jersey" (apparently about the Lucchese family) by Robert Rudolph;

2. "Mafia Dynasty" (apparently about the Gambino family) by John Davis;

3. "The Empty Chair" (a novel) by Jeffrey Deaver;

4. "The Poet" (a novel) by Michael Conelly;

5. "Kiss the Girls" (a novel) by James Patterson;

6. "Family Honor" (a novel) by Robert Parker.

Please also note that Chicago AUSA Mitchell Mars has previously advised undersigned counsel that "Black Mass" was not one of Vella's books.

Finally, at your request, enclosed please find another copy of the grand jury transcript previously provided via letter dated November 16, 2004.

If you have any questions, please do not hesitate to call.

Very truly yours,

MICHAEL J. SULLIVAN
United States Attorney

By:

_____
BRIAN T. KELLY
FRED M. WYSHAK
Assistant U.S. Attorneys

**BS #8423-8444**