UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) CR. NO. 04-10323-RGS |
| | ) |
| | ) |
| **FRANCIS P. SALEMME** | ) |

_____

**DEFENDANT'S PROPOSED WITNESS LIST FOR MOTION HEARING**
_____

Now comes the defendant Francis P. Salemme and hereby informs this Honorable Court of the following witnesses to be called for the defendant at the motion hearing in the aforementioned matter:

1. John Tutungian
   Massachusetts State Police

2. John Durham
   Assistant United States Attorney

3. John O'Malley
   Massachusetts State Police

4. Steve Johnson
   Massachusetts State Police

5. Gary Bald
   Federal Bureau of Investigation

6. Michael Rising
   Federal Bureau of Investigation

7. Anthony Cardinale
   Boston, Massachusetts

The defendant reserves the right to argue that Assistant United States Attorneys Brian Kelly and Frederick Wyshak should be called as witnesses at this hearing.

>Respectfully Submitted,
>**FRANCIS P. SALEMME,**
>By His Attorneys,
>
>*Robert A. George /s/*
>_____
>Robert A. George, Esquire
>BBO # 189400
>77 Newbury Street
>Suite 4
>Boston, Massachusetts 02116
>617-262-6900
>
>*Kevin R. Reddington /s/*
>_____
>Kevin R. Reddington, Esquire
>BBO 414160
>1342 Belmont Street
>Suite 203
>Brockton, Massachusetts 02641
>508-583-4280
>
>*Stephen C. Boozang /s/*
>_____
>Stephen C. Boozang, Esquire
>BBO # 659216
>450 Washington Street
>Suite LL9
>Dedham, Massachusetts 02026
>781-251-9991

**CERTIFICATE OF SERVICE**

I, Robert A. George, counsel for the Defendant, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on October 8, 2007.

>*Robert A. George/s/*
>_____
>Robert A. George