UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) Cr. No. 04-10323-RGS |
|  | ) |
| FRANCIS P. SALEMME, | ) |
| Defendant. | ) |

GOVERNMENT'S OBJECTIONS TO WITNESS LIST FOR MOTION HEARING

Defendant Salemme has filed a witness list (specifying seven individuals) for the pretrial hearing regarding his motion to suppress statements. Except for attorney Cardinale, the government objects to calling any of these witnesses at a pretrial hearing.

Notably, Salemme does not list himself as a witness nor has he submitted an affidavit supporting his claim that he was "unrepresented" during the proffer session in November 1999 when he made the false statements at issue in the pending indictment. The government respectfully submits that no evidentiary hearing should be conducted until Salemme either files an affidavit supporting his allegations or represents that he will testify at the upcoming hearing.

The Court's order dated August 29, 2007 which granted, in part, defendant's request for an evidentiary hearing specifically states: "The hearing will be limited to the issue of the voluntariness of defendant's statements in the context of his proffer agreement and interview." Thus, other than Salemme

himself, there is no need to call any other witness besides Salemme's former counsel, Anthony Cardinale. Indeed, attorney Cardinale's testimony will be dispositive of the issues in dispute - attorney Cardinale has already represented to government counsel that he was in fact present during the latter part of the proffer session when Salemme was questioned about Stephen Disarro's disappearance. Attorney Cardinale will testify that he specifically recalls being present when government investigators asked Salemme about Stephen DiSarro. Attorney Cardinale will also testify that he met with Salemme before the proffer session was conducted and that Salemme knew the proffer session was going to take place.

Accordingly, prior to any evidentiary hearing, defendant Salemme should be required to substantiate his allegations with an affidavit or a good faith representation that he will testify at any such pretrial hearing. If Salemme files such an affidavit or

offers to testify, the only witness needed at an evidentiary hearing is Salemme's former counsel, attorney Anthony Cardinale.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                 By:

DATED: October 25, 2007                 /s/ Brian T. Kelly
                                        FRED M. WYSHAK, JR.
                                        BRIAN T. KELLY
                                        Assistant U.S. Attorneys


**CERTIFICATE OF SERVICE**

Suffolk, ss.                                    Boston, Massachusetts
                                                October 25, 2007

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                        /s/ Brian T. Kelly
                                        BRIAN T. KELLY
                                        Assistant U.S. Attorney