UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 04-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME

ORDER ON DEFENDANT'S PROPOSED
WITNESS LIST

November 1, 2007

STEARNS, D.J.

The court will hear testimony from Attorney Cardinale and (if he so elects) defendant Francis Salemme before determining whether additional witness testimony would be helpful to the court in making a voluntariness determination. The court also agrees that it is incumbent upon defendant to comply with L.R. 7.1 prior to the scheduling of a hearing by filing an affidavit setting forth the facts on which the motion to suppress is based. Defendant shall do so within fourteen (14) days of the date of this Order.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE