**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| | ) |
| **v.** | ) CR. NO. 04-10323-RGS |
| | ) |
| | ) |
| | ) |
| **FRANCIS P. SALEMME** | ) |

**ASSENTED TO MOTION FOR EXENSION OF TIME FOR COMPLIANCE**
**WITH COURT'S ORDER OF NOVEMBER 1, 2007**

Now comes the defendant Francis P. Salemme, with the assent of the Government, and moves this Honorable Court for an extension of time from November 15, 2007 until December 10, 2007 by which to file the defendant's affidavit as set forth in this ***Court's Order on Defendant's Proposed Witness List*** dated November 1, 2007.

As reasons therefor, defense counsel submits that they need this extension for several reasons, including but not limited to counsels' conflicting court and personal schedules.

Accordingly, this additional time is required in order to allow counsel and the defendant the necessary travel and preparation time that it will take to prepare and file such

an affidavit.

Respectfully Submitted,
**FRANCIS P. SALEMME**,
By His Attorneys,

*Robert A. George* /s/
_____
Robert A. George, Esquire
BBO # 189400
77 Newbury Street
Suite 4
Boston, Massachusetts 02116
617-262-6900

*Kevin R. Reddington* /s/
_____
Kevin R. Reddington, Esquire
BBO # 414160
1342 Belmont Street
Suite 203
Brockton, Massachusetts 02641
508-583-4280

*Steven C. Boozang* /s/
_____
Steven C. Boozang, Esquire
BBO # 659216
450 Washington Street
Suite LL9
Dedham, Massachusetts 02026
781-251-9991

ASSENTED TO:
**UNITED STATES OF AMERICA**,
By its Attorney.

*Brian T. Kelly* /s/
_____
Brian T. Kelly, Esquire
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts
617-748-3000

## <u>CERTIFICATE OF SERVICE</u>

I, Robert A. George, counsel for the Defendant, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 5, 2007.

_____
Robert A. George