UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                              CRIMINAL NO. 04-10323-RGS

FRANCIS P. SALEMME, SR.

ORDER ON DEFENDANT'S MOTION TO SUPPRESS

STEARNS, DJ.                                DECEMBER 21, 2007

COUNSEL FOR DEFENDANT HAVING ADVISED THIS COURT THAT HE DOES NOT INTEND TO COMPLY WITH THE COURT'S ORDER OF NOVEMBER 1, 2007 DIRECTING HIM TO FILE AN AFFIDAVIT IN COMPLIANCE WITH LOCAL RULE 7.1,

IT IS HEREBY ORDERED:  DEFENDANT'S MOTION TO SUPPRESS (#112) IS HEREBY DENIED.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE