UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 04-10323-RGS |
| | ) | |
| FRANCIS P. SALEMME | ) | |

## JOINT MOTION FOR STATUS CONFERENCE

The parties hereby jointly request that the Court schedule a status conference in this case for Monday, February 11, 2008, at 4 p.m.

The parties agree that the time period between the filing of this motion and the date of the status conference should be deemed excludable because it is needed by the parties to adequately prepare this case for trial, 18 U.S.C. § 3161(h)(8)(A), and should be deemed excludable because it is in the interests of justice in this previously designated complex case. 18 U.S.C. §3161(h)(8)(B)(ii). A separate motion regarding excludable delay with a corresponding order will be submitted by the parties.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Dated: January 16, 2008    By:   /s/ Brian T. Kelly
Brian T. Kelly
Fred M. Wyshak, Jr.
Assistant U.S. Attorneys

By:   /s/ Robert A. George
Robert A. George, Esq.
Counsel for Defendant Salemme

By:   /s/ Steven C. Boozang
Steven C. Boozang, Esq.
Counsel for Defendant Salemme

By:   /s/ Kevin J. Reddington
Kevin J. Reddington, Esq.
Counsel for Defendant Salemme

## CERTIFICATE OF SERVICE

Suffolk, ss.                                                      Boston, Massachusetts
                                                                  January 16, 2008

    I, Brian T. Kelly, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date.

                                                    /s/ Brian T. Kelly
                                                  BRIAN T. KELLY
                                                  Assistant U.S. Attorney