UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 1:04-CR-10323-RGS

UNITED STATES OF AMERICA

v.

FRANCIS P. SALEMME,
Defendant.

## MOTION TO CONTINUE CJA APPOINTMENT FOR DEFENDANT

Now comes counsel in the above-entitled matter and respectfully requests on behalf of the defendant that I be allowed to continue my CJA appointment.

As reasons therefore, defendant will require assistance during this period until his release.

Respectfully Submitted,
**FRANCIS P. SALEMME,**
By his attorney,

Steven C. Boozang  /ss/

Steven C. Boozang, Esquire
BBO # 659216
Suite LL9
450 Washington Street
Dedham, Massachusetts 02026
781-251-9991